IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| ROHALEY AND SON AUTOMOTIVE, INC. AKA ROHALEY AND SON AUTOMOTIVE 7481 Brenel Drive Mentor, OH 44060 | ) ) ) ) ) ) ) | Case No: 1:18-cv-2825-CAB Hon. Christopher A. Boyko |
| Plaintiff, vs. | ) ) ) | |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA One Tower Square Hartford, CT 06183 | ) ) ) ) ) ) | **AMENDED COMPLAINT** (Trial By Jury Demanded) |
| Defendant. | ) | |

Now comes the Plaintiff Rohaley and Son Automotive, Inc. by and through undersigned counsel, and for its Amended Complaint against defendant Travelers Casualty Insurance Company of America, alleges, avers and states as follows:

**PARTIES**

1.     Plaintiff Rohaley & Son Automotive, Inc. is a corporation, in good standing, organized and existing under the laws of the State of Ohio with its principal place of business located at 748 Brenel Drive, Mentor, Ohio 44060.  During all relevant times alleged herein, Chad Leonard was the sole shareholder and owner of the company.

1

2.      Travelers Casualty Insurance Company of America ("Travelers") is named a defendant herein.  Travelers is a Connecticut corporation with its principal place of business in Hartford, Connecticut and conducts business in Lake County, Ohio.

## JURISDICTION AND VENUE

3.      Plaintiff re-alleges and re-avers each and every allegation contained in Paragraphs 1 and 2 of this Amended Complaint as if fully rewritten herein.

4.      This Court has subject matter jurisdiction over the claims set forth in Plaintiff's Amended Complaint.

5.      This Court has personal jurisdiction over Traveler's.

6.      This action is properly venued in this Court.

## FACTS

7.      Plaintiff re-alleges and re-avers each and every allegation contained in Paragraphs 1 through 6 of this Amended Complaint as if fully rewritten herein.

8.      Traveler's sold Plaintiff commercial general liability insurance and businessowners property coverage.

9.      A copy of the Declaration and Policy regarding the liability insurance Traveler's sold to Plaintiff is not attached hereto as it is voluminous and bulky and Traveler's has a true and accurate copy of it.  ("Insurance Policy").

10.      The effective date of the Insurance Policy was December 16, 2015 through December 16, 2016 and renewed on December 16, 2016.

11.     Upon information and belief, the Insurance Policy was a claims made policy.

12.     The Insurance Policy provides that a claim will be deemed to have been first made against the insured when any insured first receives written notice of the claim.

13.     On or about May 24, 2017, Plaintiff reported losses of equipment, tools, vehicles, lost profits and parts to Traveler's.

14.     On or about July 24, 2017, Traveler's denied coverage pursuant to a letter explaining the details for the denial.  A true and accurate copy of said letter is attached hereto and marked as Exhibit "A."

15.     On or about August 17, 2017, Plaintiff sent a letter to Traveler's appealing the denial. A copy of said letter is attached hereto and marked as Exhibit "A."

16.     On or about March 14, 2018, Traveler's again rejected and denied the claim pursuant to the explanation detailed therein.  A true and accurate copy of said letter is attached hereto and marked as Exhibit "B."

17.     Traveler's denial of Plaintiff's claim under the insurance was contrary to and in breach of the terms of the insurance policy.

18.     As a direct, proximate and foreseeable result of Traveler's failure to honor Plaintiff's claim, Plaintiff has been damaged in an amount in excess of $25,000.

## COUNT I

### (Breach of Contract)

19.     Plaintiff re-alleges and re-avers each and every allegation contained in Paragraphs 1 through 18 of this Amended Complaint as if fully rewritten herein.

20.     The Insurance Policy constitutes a contract between the parties.

3

21.    Plaintiff complied with all terms and conditions precedent for coverage of the claim it had submitted to Traveler's pursuant to the terms of the Insurance Policy.

22.    Notwithstanding, Traveler's breached the provisions of the Insurance Policy in denying and failing to pay Plaintiff's claim.

23.    Traveler's denial and failure to pay Plaintiff's claim constitutes a breach of the Insurance Policy.

24.    As a direct, proximate  and foreseeable result of  Traveler's breach of contract, Plaintiff is entitled to damages in an amount in excess of $25,000.00.

## COUNT II

### (Declaratory Judgment)

25.    Plaintiff re-allege and re-aver each and every allegation contained in Paragraphs 1 through 24 of this Complaint as if fully rewritten herein.

26.    A real and justifiable controversy exists between the parties as to Plaintiff rights to coverage for the claim made under the terms of the Policy.

27.    The controversy between the parties is justiciable in character.

28.    A speedy resolution to the controversy between the parties is necessary to the preservation of the rights of Plaintiff.

29.    Speedy relief is necessary to preserve the rights of the parties.

30.    Plaintiff is entitled to bring this declaratory judgment action pursuant to Ohio Revised Code Section 2721.03.

4

31.     Plaintiff is entitled to a declaratory judgment that Traveler's is obligated to provide coverage for the claim made under the terms of the Insurance Policy as well as adjudication of the extent of damages owed by Traveler's to Plaintiff under the terms of the Policy.

## COUNT III

### (Bad Faith)

32.     Plaintiff re-allege and re-aver each and every allegation contained in Paragraphs 1 through 31 of this Complaint as if fully rewritten herein.

33.     Pursuant to the terms of the Insurance Policy and/or applicable law, Traveler's owed a duty to Plaintiff to act in good faith in handling and paying Plaintiff' claim under the terms of the Insurance Policy.

34.     Traveler's has breached its duty of good faith owed to Plaintiff by, among other acts, failing to timely adjust the claim and denying coverage for the claim.

35.     Traveler's conduct towards Plaintiff as described above lacked reasonable justification.

36.     As a direct and proximate result of Traveler's breach of its duty of good faith, Plaintiff have sustained damage in an amount in excess of $25,000 as well as incurring attorneys' fees.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully request that this Honorable Court render a judgment in Plaintiff favor against Traveler's and provide Plaintiff with the following relief:

Issuing a declaratory judgment declaring that Plaintiff are entitled to coverage under the terms of the Policy for the loss;

Awarding a money judgment in favor of Plaintiff and against Traveler's in an amount in excess of $25,000.00 for compensatory damages related to the loss;

Awarding a money judgment in favor of Plaintiff and against Traveler's in an amount in excess of $25,000.00 for punitive damages related to Traveler's breach of its fiduciary duty and bad faith;

An award in favor of Plaintiff and against Traveler's for reasonable attorneys' fees;

Pre- and post-judgment interest;

An award of all costs incurred herein;

Such other and further relief as this Honorable Court may deem appropriate and equitable.

Respectfully submitted,

**/s/Gregory M. Lichko**
Gregory M. Lichko (0032544)
LICHKO & SCHECHTER
120 Bridge Building
18500 Lake Road
Rocky River, Ohio 44116
440-331-5223

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Gregory M. Lichko (0032544)
LICHKO & SCHECHTER
120 Bridge Building
18500 Lake Road
Rocky River, Ohio 44116
glichko@lichkoschechter.com
Attorneys for Plaintiff

August 17, 2017

CHAD M. LEONARD
ROHALEY AND SON AUTOMOTIVE INC.
7481 BRENEL DRIVE
MENTOR. OH 44060

TRAVELERS CASUALTY INSURANCE CO.
P.O. BOX 3204
NAPERVILLE, IL 60566-7204
Stephen Brasher
Claim Professional
Direct (630) 961-4418
Office (800) 842-6172 Ext. 961-4418
Email: SBRASHER@travelers.com

RE:   Insured: Rohaley and Son Automotive Inc.
        Chad Leonard
        Policy No.:  680-OE628194
        Claim No.:  DHR0975
        Date of Loss: 01-07-2017
        Loss Location: 8654 & 8656 Twinbrook Road
                Mentor, OH 44060

Dear Mr. Brasher,

Please accept this Letter and Exhibits as an appeal to your letter and conversation. The
following information will show that the Policy should cover the claim.  Equipment, tools,
vehicles and parts were stolen after the business was suspended on October 28, 2016.

Rohaley and Son Automotive is an S-Corp, which is a stock based corporation.  Albert Rohaley
owns no stock- (See Exhibit 3, page 13, line 2, 3, and 4.) Mr. Rohaley quit all responsibilities
with the company October 28, 2016. **Therefore, admittedly, Mr. Rohaley was not a
stockholder, partner nor a manager of Rohaley & Son Automotive Inc. when the
theft occurred.**  Also, the staff quit and moved to Rohaley's Auto and Truck Repair LLC
with Mr. Rohaley on that same date.

To clarify, Rohaley and Son Automotive was named as such as part of a marketing plan
as Mr. Rohaley had an "automotive customer following".  This sometimes is confusing
that the company is owned and operated through Chad M. Leonard. Mr. Rohaley was
given an opportunity to "buy-in" if he chose in the future, but, he chose not to.

While you are correct, I have been in Civil Litigation with Mr. Albert Rohaley since
September, 2015, I am only requesting monetary reimbursement for property which was
taken from my business, as well as loss of business, which occurred between October
28, 2016 and January 5, 2017, and loss of business from November 1, 2016 through
present.

Sworn to before me on this 17th day of August

Joni B Devorsky

Commission expires: February 13, 2022

1

In September, 2015, Mr. Rohaley was no longer a trusted employee.  However, before litigation began, he locked me out of the facility, changed the locks, security code, and bank accounts in addition to leveled threats to me and my family.  This resulted in filling for a Protection Order and asking for police intervention/investigation.

At that time I tried to file embezzlement, etc. charges through the judicial system and eventually I had to file for a Preliminary Injunction to do everything legally to protect my property.  Due to the complexity of the court system, the TRO was not set into place until May, 2016.

I understand that the details leading up to this situation are not typical. However, **what is fact, property went missing after October 28, 2016.** (Exhibit 1 pictures)

In reference to **B. Exclusions, Section m**, stating; "property that is missing, where the only evidence of the loss is a shortage upon taking inventory, or other instances where there is no physical evidence to show what happened to the property".  I had Larry Bodnar, my agent there so he could witness missing property before filing my claim. (Exhibit 5). I was court ordered to do an inventory as part of the civil suit.  Although it was prior to filing the insurance claim, keep in mind that the court system dictated to me the way and frequency for which I was to do the inventory and I was always with assigned court ordered third parties. (Exhibit 6).  **I suspect the before and after evidence I presented to you is more thorough than most claims you encounter.**

According to **Traveler's procedure in section MPT 1020205, on page 27, number 3,** "duties in the event of loss or damage number 5 states clearly, "at our request, give us complete inventory of the damage and undamaged property include quantities, costs, values and amount of loss claimed."  **I have already submitted this evidence to you with the initial claim.**

In summary, to clarify my claim with you related to the equipment and property has everything to do with dishonest and criminal acts that occurred after October 28, 2016. On that date, the only member of the company was me, Chad Leonard, and I had no access to the premises via key or security code until I was escorted back into the building on January 5, 2017 per court order.

The Civil Case has to do with what Mr. Rohaley did while employed.
I cannot seem to make Mentor Police understand this, and therefore, they will not investigate.  I certainly have my suspicions as to where the property is.  I know that it is hearsay.

I also included some rather interesting emails related to both Albert Rohaley and Alec Rohaley, his son and former employee, who was terminated March 19, 2015 for malicious behavior, assaulting another employee on March 14, 2015.  Both were attempting to cancel the insurance policy on December 12, 2016 and then again within

2

Sworn to before me on this 17th day of August 2022

Joni B Devarsky

commission expires: February 13, 2022

the last two months, per Larry Bodnar, our agent.  I would consider that at best "suspicious".  I would think that this behavior is to keep your insurance company from investigating further.  It is odd that two former employees, who no longer have anything to do with the business, would even care whether Rohaley and Son Automotive is or is not insured.

In Conclusion, after reading your letter dated July 24, 2017, I believe your denial of my claim is not justified.  Section MP T1 02 02 05 Is Covered Property.  H, I and M Every time I went to 8654 Twinbrook I was under a TRO and Mentor Police Officers and/or court appointed personnel were with me.

The Theft was done after the employees resigned and went to work for another company. Mr. Albert Rohaley under oath in court said he was not there when the theft happened, between October 28, 2016 through January 5, 2017. (Exhibit 4)

Should you have any questions regarding this matter, please contact the undersigned.

Enclosed are just some of the rationale and evidence discussed above which I believe support approval of my Claim.


Sincerely,


Chad M Leonard
(440) 487-0869
Email: CMLHoldingsinc@gmail.com


### EXHIBITS/EVIDENCE

**Exhibit 1**  **Before and After Pictures** (5 Pages) **Proof property is missing.**

Before and After Pictures: 5 of 5 pages of pictures showing Stolen Examples of tools and Equipment on site 8654 & 8656 Twinbrook Rd. (Rohaley & Son Automotive Inc.) October 28, 2016 and Stolen before January 5, 2017. Witnesses were present.

Per Court Order Lake County - Judge Collins (Inspection of 8654 & 8656 Twinbrook Rd.)
Visit to Rohaley & Son Automotive at 8654 Twinbrook Rd. Mentor, OH
2 Mentor Police Officers escorted Chad Leonard (per Court Order)
All assets were at 8654 & 8656 Twinbrook Rd. By a TRO Business was to run as usual. Pictures were taken…

October 28, 2016 Last Pay Checks were given to all employees

Sworn to before on this 17th day of August 2017

Jori B Devorsky

Commission expire: February 13, 2022

3

November 1, 2016 Against TRO, Business was suspended by Manager Al Rohaley. He said in two Court Hearings, Federal and County.
Exhibit 3 "He Quit" Page 4 Line 5-6 Page 19 Line 14 -18

**Exhibit 2   Judge Collins December 23, 2016 Opinion and Judgment Entry**
(Cover page and page 9)

**Exhibit 3   Transcript for Federal Bankruptcy Case No. 17-10514 March 2, 2017**
(Cover page and page 4,-lines 5 and 6, page13-lines 2 and 3 and page 19-lines 4-18)

Albert Rohaley admits that he does not own any Stock (Page 13 Line 2-3)
I am not asking for replacement of the Workers Tools and Boxes.   They removed them, against the TRO, to work at Rohaley's Auto and Truck Repair LLC.  We are asking for replacement of all stolen tools, equipment, and parts that were purchased by Rohaley & Son Automotive Inc.
(See Stolen Contents Worksheets) tools sheets **Exhibit 8** and see canceled checks copies, **Exhibit 7**)

November 16, 2016 Hearing the Lake County Judge Collins states "The Company is just a shell."   (See Judges Entry dated December 23, 2016 Exhibit 4 and Page 9 Last Paragraph)

January 5, 2017 found out equipment, tools, vehicles, and parts are stolen from Rohaley & Son Automotive Inc.
Witnesses: (See Sheet **Exhibit 5**)
**Mike Levan** - Owner of building& Landlord of Property with key to 8654 & 8656 Twinbrook Road, Mentor, OH
**Larry Bodnar** - Insurance Agent for Travelers Insurance
**Erik Walters** - Dworkin and Bernstein, my Attorney
**Two MPD officers did not sign in**.  Timothy Abbott was the senior officer.

**Exhibit 4   Transcript for Lake County Court Case No. 15CV1937**
**November** 16, 2016
(Cover sheet and  page 56 lines 7 and 8 and lines 14-21)

**Exhibit 5**   January 5, 2017   Witnesses Sign- in Sheet. (All witnesses can attest to missing equipment, etc.)  Clearly shown in pictures.

**Exhibit 6**   April 25, 27, 28, & May 2, 2017
Witnesses to Inventory and Removal to 3 Shipping Containers

Sworn to before me on this 17th day of August 20
Carri B Devorsky
Commission expire : February 13, 2022

4

**Exhibit 7**  **Cancelled Checks**

**Exhibit 8**  **Contents Worksheets** (5 Pages)

**Exhibit 9**  **Evidence of attempted cancellation of insurance policy by Albert and Alec Rohaley.**  (Copies of emails)

Sworn to before me on this 17th day of August 2017.

Joni B Devorsky

commission expires: Feb. 13, 2022

5

Item 189 Matco 4325RP 4S Triple Bay Tool Box

Sworn to and before me on this 19th day of August 2019.

Jonni B Devorsky

Commission expires: Feb 13, 2022

JONNI B DEVORSKY · NOTARY PUBLIC · STATE OF OHIO · COMM EXP FEB 13, 2022

BEFORE

AFTER



BEFORE

Items 12 13 14 4PC Tool Chest & Top Box

Item 2 EEWH326A  Tire Changer

AFTER



Sworn to and personally appeared before me on this

Jonni B Devorsky Notary August 2017.

Commission expire : February 13, 2022

JONNI B DEVORSKY
NOTARY PUBLIC
STATE OF OHIO
COMM EXP. FEB 13, 2022

**BEFORE**

**AFTER**



**Item 11 S3 in wide 6 Draw Blue Tool Box**

Sworn to and personally appeared before on this 19th day of August 2019.

Jonni B Devorsky

Commission expires: Feb. 13, 2022

JONNI B DEVORSKY - NOTARY PUBLIC
STATE OF OHIO

**Item 1. 115-S012592-001 Alignment Rack/ Lift Complete**

BEFORE







AFTER







Sworn to and personally appeared before me on this 14th day of August 2017.

Commission expires: February 13, 2022

Jonni B Devorsky

JONNI B DEVORSKY
NOTARY PUBLIC
STATE OF OHIO
COMM. EXP. FEB 13, 2022

**Before**

Item 9 KRA2407PC Roll Cab Box



Item 8 KRL7022 Roll Cab Box



**After**






Sworn to and personally appeared before on this 19th day of August 2019

Commission expired: Feb. 13, 2022

JONNI B DEVORSKY - NOTARY PUBLIC
COMM EXP FEB 13, 2022
STATE OF OHIO

**EXHIBIT 2**

IN THE COURT OF COMMON PLEAS

FILED

LAKE COUNTY, OHIO

2016 DEC 23 ⊃ 2: 39.

MAUREEN G. KELLY
CLERK OF COURT

CHAD M. LEONARD HOLDINGS,
INC., et al.

               Plaintiffs,

vs.

ALBERT C. ROHALEY, et al.

               Defendants.

)
)
)
)
)
)
)
)
)
)
)

CASE NO. 15 CV 001937
CONSOLIDATED WITH 16 CV 000126

OPINION AND JUDGMENT ENTRY

December 23, 2016

A show cause hearing was held before this court on November 16, 2016. Plaintiffs were Chad M. Leonard (Leonard) and Chad M. Leonard Holdings, Inc. Defendants were Albert C. Rohaley, II (Rohaley), and Rohaley and Son Automotive, Inc. Defendants did not file a brief in opposition to plaintiffs' initial motion for a show cause hearing. At issue is whether Rohaley should be held in indirect civil and criminal contempt for failing to comply with the terms of a stipulated prohibitory preliminary injunction filed by this court on May 24, 2016.

Rohaley and Son Automotive, Inc. is a subchapter S corporation formed in December 2013 for the purpose of operating an automobile repair business. It opened for business the first week of January 2014 and quickly became a profitable business. Rohaley and Chad M. Leonard Holdings, Inc. are fifty percent owners with each holding 250 shares. Rohaley has extensive experience in vehicle repairs and is the agent, president and treasurer of the company. Chad M. Leonard, the president of Chad M. Leonard Holdings, Inc., is the vice president and secretary of Rohaley and Son Automotive, Inc. Chad M. Leonard Holdings, Inc. provided the start up money to open up the business which was set up in Mentor, Ohio. Chad M. Leonard Holdings, Inc. considered the start up money to be a loan ($54,000) that was to be paid back. No written documents or testimony by Leonard were provided as evidence of this claim. Rohaley did testify that he stopped paying on this 'loan' in August 2015. It is unknown if any dividends or distributions were made to the shareholders.

Disputes between Rohaley and Leonard arose early in 2015 and their relations gradually became unworkable. Leonard claims he was essentially excluded from the business site by the summer of 2015. Fearing that funds and assets of the business was being diverted by Rohaley,

15CV1937.wpd

Sworn to and personally appeared before me on this 17th day of August 2017.

Lorri B Devorsky

commission expires: Feb. 13, 2022

**EXHIBIT 2**

was a 5,800 square foot facility with six automobile lifts.  It is likely that all that is left of the old
facility is the six automobile lifts and various bills.  Rohaley testified that both he and Chad
Leonard personally guaranteed the debts of the old business.  It is unknown if the debts of the old
company (Rohaley and Son Automotive, Inc.) has been paid off.

Rohaley testified that the phone number to Rohaley and Son Automotive, Inc. was dis-
connected on November 15, 2016 and that calls to that number were automatically forwarded to
his cell phone number.  This had the effect of diverting customers to the new business.  This was
done by Rohaley without Leonard's permission because Leonard was not paying the bills.  Exhi-
bit BB is a photograph of the door to the old facility with a hand lettered sign directing customers
to go to the 'new' location across the street.  Rohaley testified that he put the sign up.  Exhibit
CC is a photograph showing the sign for the new business.  Rohaley testified that he shut down
the old facility and moved across the street because Leonard was unreasonable.

As mentioned above, customers calling the old business were diverted to the new busi-
ness.  Evidence also shows that the new business (Rohaley's Auto & Truck Repair LLC) intend-
ed to move into the old facility at the beginning of 2017 after the lease expired for Rohaley and
Son Automotive, Inc.  Exhibit FF is an affidavit of Christina Smith who called Rohaley and Son
Automotive, Inc. on Monday, October 31, 2016 at 2:08 p.m.  The number she called was 440-
266-0000 which was the phone number listed on Rohaley and Son Automotive, Inc.'s website
(http://rohaleyandsonautomotive.com).  An individual named "Al" answered the phone and said
that business had moved across the street from its original location.  "Al" said the move was
temporary until the lease expired and then they would be moving back into the old spot.  Exhibit
GG is an affidavit of Christopher Veray.  He called Rohaley and Son Automotive, Inc. at 440-
266-0000 on Thursday, November 3, 2016.  "Al" came on the line and stated that the shop mov-
ed across the street, down one building from the old locations, diagonal from where the original
shop was located.  "Al" explained that they could not do coolant flush because they had just
moved and downsized temporarily for a couple of months.  The coolant system on Veray's car
could not be done until beginning of the year.

The court finds beyond a reasonable doubt that Rohaley stripped the old business and
facility of some of its repair parts and all of its employees and moved them to a nearby facility.
This was contrary to the intent of the preliminary injunction to maintain the status quo and main-
tain the business as a going concern.  Since these events occurred after the date of the preliminary
injunction, the court finds Rohaley in indirect criminal contempt for violating paragraph (b) and
(c) of the preliminary injunction by removing parts and closing the old business.

15CV1937.wpd                                                                                              9

Sworn to and personally appeared before on this 17th day of
August 2017.

Jonni B Devorsky

Commission expires: Feb. 13, 2022

*[Notary seal: JONNI B DEVORSKY - NOTARY PUBLIC, COMM EXP. FEB 13, 2022, STATE OF OHIO]*

**EXHIBIT 3**

1

IN THE OFFICE OF THE UNITED STATES TRUSTEE
State of Ohio
City of Cleveland

| | | |
|---|---|---|
| IN RE: | * | |
| | * | Case No. 17-10514 |
| | * | |
| ALBERT CHARLES ROHALEY, II | * | Cleveland, Ohio |
| | * | |
| Debtor. | * | March 2, 2017 |
| | * | |

* * * * * * * * * * * * * *

TRANSCRIPT OF PROCEEDINGS
HELD BEFORE THE TRUSTEE DAVID O. SIMON

APPEARANCES:

GLENN E. FORBES, ESQ.
For the Debtor

CHAD M. LEONARD

LISA D. SUMMERS, ESQ.

Transcribed by:
- - - - - - - - - - - - -
Legal Electronic Recording, Inc.
5230 St. Clair Avenue
Cleveland, Ohio  44103
(216) 881-8000  Fax 881-DEPO (3376)

Proceeding recorded by electronic sound recording,
transcript produced by transcription service.
Job No. 17E4057

LEGAL ELECTRONIC RECORDING, INC.   216-881-8000

Sworn to and personally appeared before me this 19th day of
August 2017.

Jonni B Devorsky

Commission expires: Feb. 13, 2022

**EXHIBIT 3**

4

```
1   Q    Any dependents?

2   A    No.

3   Q    Are you employed?

4   A    No.

5   Q    All right.  How long you been out of work?

6   A    October 28, 2016.

7   Q    Okay.  Does your wife work?

8   A    Yes.

9   Q    And where does she work?

10  A    America's Best Opticians.  She's a licensed

11  optician.

12  Q    How often is she paid, do you know?

13  A    Bi-weekly.

14  Q    Approximately how much she brings home in a

15  paycheck, do you know?

16  A    Approximately --

17  Q    Round number, ballpark.

18  A    It varies between 750-900.

19  Q    Okay.  Any other sources of income in the

20  household?

21  A    At this time, no.

22  Q    All right.  Have you been in bankruptcy in the

23  past 10 years?

24  A    No.

25  Q    What caused you to file this bankruptcy?
```

LEGAL ELECTRONIC RECORDING, INC.

Sworn to and personally appeared before me this 11th day of August 2019.

Jolli B Devorsky

Commission expire: Feb. 13, 2022

**EXHIBIT 3**

13

```
 1   A      No.

 2   Q      Do you own any stocks or bonds or other

 3   securities?

 4   A      No.

 5   Q      Do you have any interest in an entity called the

 6   Rohaley Family Trust?

 7   A      Correct.

 8   Q      What is that?

 9   A      That is --

10   Q      I mean, I know it's a trust, but what --

11   A      It's a trust.  It's my father's house.

12   Q      Okay.  And what is your interest, if you know?

13   A      When the house is sold, my -- whatever we sell it

14   for, 20 percent is supposed to come to me.

15   Q      Okay.  And who's we?

16   A      My two sisters and myself.

17   Q      Okay.  So the three of you have interest in the

18   house now?

19   A      Correct.

20   Q      Is your father still with us?

21   A      No, he passed away two and a half years ago.

22   Q      So is that what the trust provides, that once he

23   passes away, the three of you sell it?

24   A      Yes.

25   Q      And is the house on the market?
```

LEGAL ELECTRONIC RECORDING, INC.  216-

*Sworn to and personally appeared before ___ ___ day of*
*August 2019.*
*Colli B Devorsky*
*Commission expires: Feb. 13, 2022*

**EXHIBIT 3**

19

1  deal on a buyout.

2  Q    Okay.

3  A    And, unfortunately, it went in front of Judge

4  Collins and Judge Collins basically said that if we

5  can't come to a conclusion of what we're going to do

6  with the business and a direction that we're going to

7  go, then he would appoint a receiver and the receiver

8  would take over the business and we're out.

9  Q    Okay.  Was a receiver appointed?

10  A    No, he never appointed a receiver.

11  Q    Okay.  But the business closed down?

12  A    I closed it.

13  Q    Why did you close it?

14  A    Because, one, I couldn't wait for him to appoint a

15  receiver.

16  Q    Okay.

17  A    All right.  And number two, I just couldn't run

18  the business anymore.

19  Q    Okay.  What's there?  What is there at the

20  physical location of Rohaley & Son?

21  A    A lot of equipment.

22  Q    Okay.

23  A    You want a list?

24  Q    I'm sure you have one.  No, I'm not going to write

25  it down.  You're going to write it down and give it

Sworn to and personally appeared before me on the ___ day of
August 2017. _____
commission expires: Feb. 13, 2022

**EXHIBIT 4**

|    |                                                              |
|----|--------------------------------------------------------------|
| 1  | IN THE COURT OF COMMON PLEAS                                  |
| 2  | LAKE COUNTY, OHIO                                             |
| 3  | CHAD M. LEONARD & CHAD M. LEONARD HOLDINGS, INC.,            |
| 4  | Plaintiff,                                                    |
| 5  | ·vs·          CASE NO. 15CV 1937                             |
| 6  | ALBERT ROHALEY,                                              |
| 7  | Defendant.                                                   |
| 8  | · · · · ·                                                    |
| 9  | TRANSCRIPT OF PROCEEDINGS                                     |
| 10 | · · · · ·                                                    |
| 11 |                                                              |
| 12 |                                                              |
| 13 | BE IT REMEMBERED, that heretofore, to·wit:                   |
| 14 | On Wednesday, November 16, 2016, being one of the regular    |
| 15 | days of said Court, before the Honorable Richard L.          |
| 16 | Collins, Jr., one of the Judges of said Court, the           |
| 17 | above·entitled cause came on for purposes of                 |
| 18 | a show cause hearing.                                         |
| 19 |                                                              |
| 20 |                                                              |
| 21 |                                                              |
| 22 | · · · · ·                                                    |
| 23 |                                                              |
| 24 |                                                              |
| 25 |                                                              |

Luanne M. Peairs, Official Court Reporter
Lake County Courthouse
Painesville, OH  44077
(440)350·2720

*Sworn to and personally appeared before on this 17th day of*
*August 2017.*
*Luri B Devorsky*
*commission expires: Feb.13,2022*

## EXHIBIT 4

56

| | | |
|---|---|---|
| 1 | Q. | And clearly says she represents both you and Rohaley & |
| 2 | | Son Automotive? |
| 3 | A. | Correct. |
| 4 | Q. | So, the sign you put up basically said the location |
| 5 | | moved across the street? |
| 6 | A. | We moved. |
| 7 | Q. | Was anything taken from the shop in that move? |
| 8 | A. | Just the technicians tools. |
| 9 | Q. | So, there were things removed from the location? |
| 10 | A. | We can't keep the guys from not working and they own |
| 11 | | their tools and their toolboxes. |
| 12 | Q. | Ballpark, how much was taken out of the store? |
| 13 | A. | I can't tell you that.  I don't know. |
| 14 | Q. | Were you there? |
| 15 | A. | No. |
| 16 | Q. | Were you watching them while they were taking things? |
| 17 | A. | I can't tell you that, I don't know.  I wasn't there. |
| 18 | Q. | Do any of those employees work for you now? |
| 19 | A. | Yes, they all do. |
| 20 | Q. | All work at the new location? |
| 21 | A. | Yes. |
| 22 | Q. | Your testimony as you sit here today is they removed |
| 23 | | things, you don't know what it is, but they took things |
| 24 | | out of the store? |
| 25 | A. | They took their tools that they had there.  They took |

Luanne M. Peairs, Official Court Reporter
Lake County Courthouse
Painesville, OH  44077
(440)350-2720

Sworn to and personally appeared before on this
August 2017. Carri B Devorsky
commission expires: Feb. 13, 2022

**Exhibit 5**

CONDITION OF ROMALEY AND SON AUTOMOTIVE
8654 TWINBROOK ROAD
MENTOR, OHIO 44060
JANUARY 9, 2017

| PRINTED NAME | SIGNATURE | TITLE/CAPACITY |
|---|---|---|
| Lawrence Romaley | | Lawrence Romaley |
| Erik L. Walter | | Lawyer |
| Bill Leonard Sr. Jointly | | Everyday CMS Holdings Inc. |
| Chad M Leonard | | Owner |
| PRINTED NAME | SIGNATURE | TITLE/CAPACITY |
| PRINTED NAME | SIGNATURE | TITLE/CAPACITY |
| PRINTED NAME | SIGNATURE | TITLE/CAPACITY |

1/1

Sworn to and personally appeared before me on this 17th day of August 2017.

Jonni B Devorsky

commission expires: Feb. 13, 2022

JONNI B DEVORSKY - NOTARY PUBLIC
COMM EXP. FEB 13, 2022
STATE OF OHIO

**EXHIBIT 6**

**APRIL 25, 27, 28, & May 2, 2017**

| NAME | STREET ADDRESS | CITY | STATE | ZIP | RELATIONSHIP |
|---|---|---|---|---|---|
| CHAD M. LEONARD | 7481 BRENEL DR | MENTOR | OH | | 44060 OWNER |
| GALE LEONARD STAWNERY | 7481 BRENEL DR. | MENTOR | OH | | 44060 HOLDINGS CO SECRETARY |
| JESSICA THOMAS | 107 JOHNSON AVE. | CUYAHOGA FALLS | OH | | 44221 WORKERS |
| KIM AGNEW | 1237 HUNTERS LAKE E | CUYAHOGA FALLS | OH | | 44221 WORKERS |
| MELISSA LARKIN | 1007 BROADWAY E | CUYAHOGA FALLS | OH | | 44221 WORKERS |
| JESSICA PIZZI | 7500 BRENEL DR. | MENTOR | OH | | 44060 WORKERS |
| VINCENT GIGLIOTTI | 9180 WILLIAMS RD. | CHARDON | OH | | 44024 WORKERS |
| JOE GIGLIOTTI | 9171 WILLIAMS RD | CHARDON | OH | | 44024 WORKERS |
| SHIRLEY CERJAN | 6815 FIRESIDE CT. | MENTOR | OH | | 44060 WORKERS |
| PAULA USKO | 334 W. PARKWAY DR. | MADISON | OH | | 40057 WORKERS |
| ROBERT HEETER (Joe) | 5529 REEF RD | MENTOR ON THE LAKE | OH | | 44060 CONTRACTOR |
| MIKE RASHE | 6431 HOPKINS RD | MENTOR | OH | | 44060 CONTRACTOR |
| KYLE HEETER | 5754 BIRCHWOOD RD. | MENTOR | OH | | 44060 CONTRACTOR |
| C&C SCRAP IRON & SON | 13529 KELTON | CLEVELAND | OH | | 44106 CONTRACTOR |
| ANTONIO CRAWFORD | 1793 GREEN RD | MADISON | OH | | 44057 WORKERS |
| SHANE GILES | 8648 TYLER BLVD. | MENTOR ON THE LAKE | OH | | 44060 WORKERS |
| ERIC WALTER | 60 S. PARKPLACE | PAINESVILLE | OH | | 44060 ATTORNEY |
| CHRIS RESHKE | 8500 CIVIC CENTER BLVD | MENTOR | OH | | 44060 BAILIFF |
| MIKE LEVAN (LANDLORD) | 883 E. 70TH ST | CLEVELAND | OH | | 44103 DAVIE DEE CORP. |
| CADEN USKO | 334 W. PARKWAY DR. | MADISON | OH | | 44057 WORKERS |

Sworn to and personally appeared before me, on this 17th day of August 2017.

Jonni B Devorsky

commission expires: Feb. 13, 2022

**RSA SNAP ON PAYMENTS**
**2014 - 10/2016**

| Snap On Credit | | Alignment Machine | Balance & Tire Machine | | | | | Snap On Kurt | SNAP ON CASH SALES |
|---|---|---|---|---|---|---|---|---|---|
| Posting Date | Check No. | Amt. Paid | Posting Date | Check No. | Amt. Paid | Posting Date | Check No. | Amt. Paid | Cash Amt. |
| **2014** | | | | | | | | | |
| • | CML | 1984.06 | | | | 1/27/2014 | 1020 | 700.00 | |
| 4/28/2014 | 1165 | 992.03 | | | | 2/3/2014 | 1036 | 1000.00 | |
| 5/30/2014 | 1230 | 992.03 | | | | 2/24/2014 | 1065 | 700.00 | |
| 6/23/2014 | 1261 | 992.03 | | | | 3/31/2014 | 1107 | 700.00 | |
| 7/29/2014 | 1328 | 992.03 | | | | 4/21/2014 | 1159 | 700.00 | |
| 9/2/2014 | 1378 | 992.03 | | | | 5/27/2014 | 1221 | 1000.00 | |
| 9/25/2014 | 1424 | 992.03 | | | | 6/30/2014 | 1272 | 1000.00 | |
| 10/31/2014 | 1498 | 2395.92 | | | | 7/28/2014 | 1321 | 1000.00 | |
| 12/4/2014 | 1574 | 992.03 | | | | 8/25/2014 | 1369 | 1200.00 | |
| | | | | | | 9/29/2014 | 1431 | 2650.00 | |
| | | | | | | 10/20/2014 | 1471 | 1200.00 | |
| | | | | | | 11/24/2014 | 1552 | 1200.00 | |
| | | | | | | 12/22/2014 | 1602 | 1200.00 | |
| | | | | | | | | | |
| **2015** | | | | | | | | | |
| 1/6/2015 | 1613 | 992.03 | 4/2/2015 | 1790 | 1197.96 | 1/26/2015 | 1688 | 1200.00 | |
| 1/20/2015 | 1658 | 992.03 | 5/1/2015 | 1845 | 1197.96 | 2/2/2015 | 1679 | 450.00 | |
| 4/2/2015 | 1792 | 992.03 | 6/1/2015 | 1894 | 1197.96 | 2/23/2015 | 1712 | 1350.00 | |
| 5/1/2015 | 1844 | 992.03 | 6/30/2015 | 1946 | 1197.96 | 3/23/2015 | 1777 | 1200.00 | |
| 6/1/2015 | 1893 | 992.03 | 8/3/2015 | 1996 | 1197.96 | 4/20/2015 | 1826 | 1200.00 | |
| 6/30/2015 | 1945 | 992.03 | 8/31/2015 | 2052 | 1197.96 | 5/26/2015 | 1885 | 1200.00 | |
| 8/31/2015 | 2051 | 992.03 | 10/5/2015 | 1037 | 1197.96 | 6/22/2015 | 1931 | 1200.00 | |
| 11/3/2015 | 1083 | 992.03 | 11/5/2015 | 1085 | 1197.96 | 7/20/2015 | 1988 | 1200.00 | |
| 12/7/2015 | 1125 | 992.03 | 12/7/2015 | 1124 | 1197.96 | 9/5/2015 | 1036 | 1000.00 | |
| 12/29/2015 | 1156 | 992.03 | | | | 10/26/2015 | 1078 | 1200.00 | |
| | | | | | | 11/23/2015 | 1111 | 1200.00 | |
| | | | | | | 12/28/2015 | 1162 | 1260.00 | |
| | | | | | | | | | |
| **2016** | | | | | | | | | |
| 2/8/2016 | 1206 | 992.03 | | | | 1/26/2016 | 1200 | 1300.00 | |
| 2/29/2016 | 1232 | 992.03 | | | | 2/22/2016 | 1227 | 1500.00 | |
| 4/1/2016 | 1282 | 992.03 | | | | 3/21/2016 | 1274 | 1300.00 | |
| 5/3/2016 | 1332 | 992.03 | | | | 4/18/2016 | 1308 | 1300.00 | |
| 5/27/2016 | 1373 | 992.03 | | | | 5/31/2016 | 1378 | 1300.00 | |
| 6/21/2016 | 1403 | 992.03 | | | | 6/27/2016 | 1418 | 1300.00 | |
| 7/22/2016 | 1459 | 992.03 | | | | 7/25/2016 | 1472 | 1300.00 | |
| 8/16/2016 | 1482 | 992.03 | | | | 8/22/2016 | 1514 | 1300.00 | |
| 10/19/2016 | 1599 | 992.03 | | | | 9/26/2016 | 1572 | 1300.00 | |
| 10/19/2016 | 1600 | 992.03 | | | | 10/24/2016 | 1627 | 701.76 | |
| | | | | | Paid in Full | | | | Total |
| | | $ 31,164.79 | | | $ 10,781.64 | | | $ 40,511.76 | $ 82,458.19 |

Sworn to and personally appeared on this 17th day of August 2017.

Jonni B Devorsky

Commission expires: Feb. 13, 2022



CHAD M LEONARD HOLDINGS INC
7481 BRENEL DR
MENTOR, OH 44060-7256

12-13

5006

6-12/410
369

Pay to the
Order of ___ Snap-on Equipment ___ $ 1,984.08

One thousand nine hundred eighty four ___ Dollars

**PNCBANK**
PNC Bank, N.A.   070

For _T*Z_ front Rotsky + Son_

⑆041000124⑆ 4105139496⑈   5006

Sworn to and personally appeared before on this 17th day of August 2019.

_Joni B Devorsky_

Commission expires: February 13, 2022

Checks 2014 Tools





Posting Date 2014 Jan 27 Posting Check Number
1020 Amount $700.00

Posting Date  2014 Jan 27 Posting Check Number
1020 Amount  $700.00





Posting Date 2014 Feb 03 Posting Check Number
1036 Amount $1,000.00

Posting Date  2014 Feb 03 Posting Check Number
1036 Amount  $1,000.00





Posting Date 2014 Feb 10 Posting Check Number
1041 Amount $200.00

Posting Date  2014 Feb 10 Posting Check Number
1041 Amount  $200.00





Posting Date 2014 Feb 24 Posting Check Number
1065 Amount $700.00

Posting Date  2014 Feb 24 Posting Check Number
1065 Amount  $700.00





Posting Date 2014 Mar 10 Posting Check Number
1088 Amount $200.00

Posting Date  2014 Mar 10 Posting Check Number
1088 Amount  $200.00

Sworn to and personally appeared before me this 17th day

August 2017.

Jonni B Devorsky

Commission expires : Feb. 13, 2022

JONNI B DEVORSKY NOTARY PUBLIC
COMM EXP: FEB 13, 2022
STATE OF OHIO

Checks 2014 Tools



Posting Date 2014 Mar 31 Posting Check Number
1107 Amount $700.00



Posting Date  2014 Mar 31 Posting Check Number
1107 Amount  $700.00



Posting Date 2014 Apr 07 Posting Check Number
1127 Amount $200.00



Posting Date  2014 Apr 07 Posting Check Number
1127 Amount  $200.00



Posting Date 2014 Apr 30 Posting Check Number



Posting Date  2014 Apr 30 Posting Check Number



Posting Date 2014 Apr 21 Posting Check Number
1159 Amount $700.00



Posting Date  2014 Apr 21 Posting Check Number
1159 Amount $700.00

Posting Date 2014 Apr 28 Posting Check Number
1165 Amount $992.03

Posting Date  2014 Apr 28 Posting Check Number
1165 Amount  $992.03

Sworn to and personally appeared before me this 17th day
of August 2017.

Joni B Devorsky

commission expires: Feb. 13, 2022



Checks 2014 Tools



Posting Date 2014 May 05 Posting Check Number 1179 Amount $500.00



Posting Date  2014 May 05 Posting Check Number 1179 Amount  $500.00



Posting Date 2014 May 05 Posting Check Number 1182 Amount $250.00



Posting Date  2014 May 05 Posting Check Number 1182 Amount  $250.00



Posting Date 2014 May 27 Posting Check Number 1221 Amount $1,000.00



Posting Date  2014 May 27 Posting Check Number 1221 Amount  $1,000.00



Posting Date 2014 May 30 Posting Check Number 1230 Amount $992.03



Posting Date  2014 May 30 Posting Check Number 1230 Amount  $992.03



Posting Date 2014 Jun 09 Posting Check Number 1239 Amount $200.00



Posting Date  2014 Jun 09 Posting Check Number 1239 Amount  $200.00

Sworn to and personally appeared before on this 10th day of
August 2017.

Jonni B Devorsky

Commission expires: Feb. 13, 2022

JONNI B DEVORSKY - NOTARY PUBLIC
COMM EXP: FEB 13, 2022
STATE OF OHIO

## Checks 2014 Tools



Posting Date 2014 Jun 23 Posting Check Number 1261 Amount $992.03

Posting Date  2014 Jun 23 Posting Check Number 1261 Amount  $992.03

 

Posting Date 2014 Jun 30 Posting Check Number 1272 Amount $1,000.00

Posting Date  2014 Jun 30 Posting Check Number 1272 Amount  $1,000.00

 

Posting Date 2014 Jul 02 Posting Check Number 1279 Amount $100.00

Posting Date  2014 Jul 02 Posting Check Number 1279 Amount  $100.00

 

Posting Date 2014 Jul 29 Posting Check Number 1328 Amount $992.03

Posting Date  2014 Jul 29 Posting Check Number 1328 Amount  $992.03

 

Posting Date 2014 Jul 28 Posting Check Number 1321 Amount $1,000.00

Posting Date  2014 Jul 28 Posting Check Number 1321 Amount  $1,000.00

Sworn to and personally appeared before me on this 17th day of August 2017.

Joni B Devorsky

Commission expires: Feb. 13, 2022

JONNI B DEVORSKY · NOTARY PUBLIC
COMM EXP: FEB 13, 2022
STATE OF OHIO

Checks 2014 Tools





Posting Date 2014 Aug 25 Posting Check Number 1369 Amount $1,200.00

Posting Date 2014 Aug 25 Posting Check Number 1369 Amount $1,200.00





Posting Date 2014 Sep 02 Posting Check Number 1378 Amount $992.03

Posting Date 2014 Sep 02 Posting Check Number 1378 Amount $992.03





Posting Date 2014 Sep 08 Posting Check Number 1387 Amount $200.00

Posting Date 2014 Sep 08 Posting Check Number 1387 Amount $200.00





Posting Date 2014 Sep 25 Posting Check Number 1424 Amount $992.03

Posting Date 2014 Sep 25 Posting Check Number 1424 Amount $992.03





Posting Date 2014 Sep 29 Posting Check Number 1431 Amount $2,650.00

Posting Date 2014 Sep 29 Posting Check Number 1431 Amount $2,650.00

Sworn to and personally appeared before on this 17th day of August 2017.

Jonni B Devorsky

Commission expires: Feb.13, 2022

JONNI B. DEVORSKY - NOTARY PUBLIC
COMM EXP. FEB 13, 2022
STATE OF OHIO

Checks 2014 Tools




Posting Date 2014 Sep 29 Posting Check Number 1430 Amount $145.90

Posting Date  2014 Sep 29 Posting Check Number 1430 Amount  $145.90




Posting Date 2014 Oct 06 Posting Check Number 1441 Amount $200.00

Posting Date  2014 Oct 06 Posting Check Number 1441 Amount  $200.00




Posting Date 2014 Oct 20 Posting Check Number 1471 Amount $1,200.00

Posting Date  2014 Oct 20 Posting Check Number 1471 Amount  $1,200.00




Posting Date 2014 Oct 31 Posting Check Number 1498 Amount $2,395.92

Posting Date  2014 Oct 31 Posting Check Number 1498 Amount  $2,395.92




Posting Date 2014 Nov 26 Posting Check Number 1555 Amount $100.00

Posting Date  2014 Nov 26 Posting Check Number 1555 Amount  $100.00

Sworn to and personally appeared before me on this 17th day of August 2017.

Jonni B Devorsky

Commission expires: Feb. 13, 2022

JONNI B DEVORSKY - NOTARY PUBLIC
COMM EXP. FEB 13, 2022
STATE OF OHIO

## Checks 2014 Tools






Posting Date 2014 Nov 10 Posting Check Number 1511 Amount $150.00

Posting Date 2014 Nov 10 Posting Check Number 1511 Amount $150.00





Posting Date 2014 Nov 24 Posting Check Number 1552 Amount $1,200.00

Posting Date 2014 Nov 24 Posting Check Number 1552 Amount $1,200.00





Posting Date 2014 Dec 08 Posting Check Number 1579 Amount $250.00

Posting Date 2014 Dec 08 Posting Check Number 1579 Amount $250.00





Posting Date 2014 Dec 03 Posting Check Number 1577 Amount $292.60

Posting Date 2014 Dec 03 Posting Check Number 1577 Amount $292.60





Posting Date 2014 Dec 04 Posting Check Number 1574 Amount $992.03

Posting Date 2014 Dec 04 Posting Check Number 1574 Amount $992.03

Sworn to and personally appeared before Me on this 17th day of August 2017.

Jonni B Devorsky

Commission expires: Feb. 13, 2022

*[Notary seal: JONNI B DEVORSKY - NOTARY PUBLIC - COMM EXP. FEB 13, 2022 - STATE OF OHIO]*

Checks 2014 Tools



Posting Date 2014 Dec 22 Posting Check Number
1602 Amount $1,200.00

Posting Date  2014 Dec 22 Posting Check Number
1602 Amount  $1,200.00

Sworn to and personally appeared before on this 17th day of August 2017.

Jonni B Devorsky

Commission expires: Feb.13, 2022

**#3072 2015 TOOL CO CHECKS**






Posting Date 2015 Jan 06 Posting Check Number
1613 Amount $992.03

Posting Date 2015 Jan 06 Posting Check Number
1613 Amount $992.03




Posting Date 2015 Jan 20 Posting Check Number
1658 Amount $992.03

Posting Date 2015 Jan 20 Posting Check Number
1658 Amount $992.03




Posting Date 2015 Jan 26 Posting Check Number
1671 Amount $220.00

Posting Date 2015 Jan 26 Posting Check Number
1671 Amount $220.00




Posting Date 2015 Jan 26 Posting Check Number
1668 Amount $1,200.00

Posting Date 2015 Jan 26 Posting Check Number
1668 Amount $1,200.00

Posting Date 2015 Feb 02 Posting Check Number
1679 Amount $450.00

Posting Date 2015 Feb 02 Posting Check Number
1679 Amount $450.00

Sworn to and personally appeared before me on this 17th day of August 2017.

Jonni B Devorsky

Commission expires: Feb. 13, 2022

JONNI B DEVORSKY · NOTARY PUBLIC
COMM EXP. FEB 13, 2022
STATE OF OHIO

**#3072 2015 TOOL CO CHECKS**

 

Posting Date 2015 Feb 10 Posting Check Number 1682 Amount $200.00

Posting Date  2015 Feb 10 Posting Check Number 1682 Amount  $200.00

 

Posting Date 2015 Feb 23 Posting Check Number 1712 Amount $1,350.00

Posting Date  2015 Feb 23 Posting Check Number 1712 Amount  $1,350.00

 

Posting Date 2015 Feb 27 Posting Check Number 1721 Amount $1,197.96

Posting Date  2015 Feb 27 Posting Check Number 1721 Amount  $1,197.96

 

Posting Date 2015 Mar 11 Posting Check Number 1736 Amount $250.00

Posting Date  2015 Mar 11 Posting Check Number 1736 Amount  $250.00

 

Posting Date 2015 Mar 23 Posting Check Number 1777 Amount $1,200.00

Posting Date  2015 Mar 23 Posting Check Number 1777 Amount  $1,200.00

Sworn to and personally appeared before me this 9th day of August 2017

Jolli B Devorsky

Commission expires: Feb. 13, 2022

## #3072 2015 TOOL CO CHECKS



Posting Date 2015 Apr 02 Posting Check Number
1790 Amount $1,197.96

Posting Date  2015 Apr 02 Posting Check Number
1790 Amount  $1,197.96




Posting Date 2015 Apr 02 Posting Check Number
1792 Amount $992.03

Posting Date  2015 Apr 02 Posting Check Number
1792 Amount  $992.03




20150420009405026539

Posting Date 2015 Apr 20 Posting Check Number
1826 Amount $1,200.00

Posting Date  2015 Apr 20 Posting Check Number
1826 Amount  $1,200.00




Posting Date 2015 May 01 Posting Check Number
1845 Amount $1,197.96

Posting Date  2015 May 01 Posting Check Number
1845 Amount  $1,197.96




Posting Date 2015 May 01 Posting Check Number
1844 Amount $992.03

Posting Date  2015 May 01 Posting Check Number
1844 Amount  $992.03

Sworn to and personally appeared before on this 17th day of August 2017.

Jonni B Devonsky

Commission expires: Feb. 13. 2022

JONNI B DEVONSKY NOTARY PUBLIC
COMM EXP: FEB 13, 2022
STATE OF OHIO

**#3072 2015 TOOL CO CHECKS**





Posting Date 2015 May 26 Posting Check Number 1885 Amount $1,200.00

Posting Date  2015 May 26 Posting Check Number 1885 Amount  $1,200.00





Posting Date 2015 Jun 01 Posting Check Number 1894 Amount $1,197.96

Posting Date  2015 Jun 01 Posting Check Number 1894 Amount  $1,197.96





Posting Date 2015 Jun 01 Posting Check Number 1893 Amount $992.03

Posting Date  2015 Jun 01 Posting Check Number 1893 Amount  $992.03





Posting Date 2015 Jun 22 Posting Check Number 1931 Amount $1,200.00

Posting Date  2015 Jun 22 Posting Check Number 1931 Amount  $1,200.00





Posting Date 2015 Jun 30 Posting Check Number 1945 Amount $992.03

Posting Date  2015 Jun 30 Posting Check Number 1945 Amount  $992.03

Sworn to and personally appeared before on this 17th day of August 2017.

Jonni B Devansky

Commission expires: Feb. 13. 2022

JONNI B DEVANSKY NOTARY PUBLIC
COMM EXP. FEB 13, 2022
STATE OF OHIO

#3072 2015 TOOL CO CHECKS




Posting Date 2015 Jun 30 Posting Check Number 1946 Amount $1,197.96

Posting Date 2015 Jun 30 Posting Check Number 1946 Amount $1,197.96



Posting Date 2015 Jul 06 Posting Check Number 1953 Amount $200.00

Posting Date 2015 Jul 06 Posting Check Number 1953 Amount $200.00




Posting Date 2015 Jul 20 Posting Check Number 1988 Amount $1,200.00

Posting Date 2015 Jul 20 Posting Check Number 1988 Amount $1,200.00




Posting Date 2015 Aug 03 Posting Check Number 1996 Amount $1,197.96

Posting Date 2015 Aug 03 Posting Check Number 1996 Amount $1,197.96




Posting Date 2015 Aug 10 Posting Check Number 2012 Amount $200.00

Posting Date 2015 Aug 10 Posting Check Number 2012 Amount $200.00

Sworn to and personally appeared before me on the 14th day of August 2017

Jonni B Devorsky

Commission expires: Feb. 13, 2022

JONNI B DEVORSKY NOTARY PUBLIC
COMM EXP. FEB 13, 2022
STATE OF OHIO

#3072 2015 TOOL CO CHECKS



Posting Date 2015 Aug 31 Posting Check Number 2051 Amount $992.03

Posting Date  2015 Aug 31 Posting Check Number 2051 Amount  $992.03



Posting Date 2015 Aug 31 Posting Check Number 2052 Amount $1,197.96

Posting Date  2015 Aug 31 Posting Check Number 2052 Amount  $1,197.96

Sworn to and personally appeared before on this 17th day of August 2017.

Jonni B Devorsky

Commission expires: Feb. 13, 2022

**#3042 2015 TOOL CO CHECKS**





Posting Date 2015 Oct 01 Posting Check Number 1035 Amount $200.00

Posting Date  2015 Oct 01 Posting Check Number 1035 Amount  $200.00





Posting Date 2015 Oct 05 Posting Check Number 1036 Amount $1,000.00

Posting Date  2015 Oct 05 Posting Check Number 1036 Amount  $1,000.00





Posting Date 2015 Oct 05 Posting Check Number 1037 Amount $1,197.96

Posting Date  2015 Oct 05 Posting Check Number 1037 Amount  $1,197.96





Posting Date 2015 Oct 13 Posting Check Number 1042 Amount $100.00

Posting Date  2015 Oct 13 Posting Check Number 1042 Amount  $100.00

Aus 17 2017

Sworn to and personally appeared before on this 17th day of August 2017.

Jonni B Devorsky

Commission expires: Feb. 13. 2022

JONNI B DEVORSKY NOTARY PUBLIC
COMM EXP: FEB 13, 2022
STATE OF OHIO

**#3042 2015 TOOL CO CHECKS**





Posting Date 2015 Oct 26 Posting Check Number 1078 Amount $1,200.00

Posting Date  2015 Oct 26 Posting Check Number 1078 Amount  $1,200.00





Posting Date 2015 Nov 05 Posting Check Number 1083 Amount $992.03

Posting Date  2015 Nov 05 Posting Check Number 1083 Amount  $992.03





Posting Date 2015 Nov 05 Posting Check Number 1085 Amount $1,197.96

Posting Date  2015 Nov 05 Posting Check Number 1085 Amount  $1,197.96





Posting Date 2015 Nov 23 Posting Check Number 1111 Amount $1,200.00

Posting Date  2015 Nov 23 Posting Check Number 1111 Amount  $1,200.00

Aug 17 2017

Sworn to and personally appeared before me on this 17th day of August 2017.

Jonni B Devorsky

Commission expires: Feb. 13, 2022

**#3042 2015 TOOL CO CHECKS**




Posting Date 2015 Nov 25 Posting Check Number 1113 Amount $200.00

Posting Date  2015 Nov 25 Posting Check Number 1113 Amount  $200.00




Posting Date 2015 Dec 07 Posting Check Number 1124 Amount $1,197.96

Posting Date  2015 Dec 07 Posting Check Number 1124 Amount  $1,197.96




Posting Date 2015 Dec 07 Posting Check Number 1125 Amount $992.03

Posting Date  2015 Dec 07 Posting Check Number 1125 Amount  $992.03




Posting Date 2015 Dec 08 Posting Check Number 1128 Amount $200.00

Posting Date  2015 Dec 08 Posting Check Number 1128 Amount  $200.00

Aug 17 2017

Sworn to and personally appeared before me on this 17th day of August 2017.

Jonni B Devorsky

Commission expires: Feb. 13, 2022

JONNI B. DEVORSKY · NOTARY PUBLIC
COMM EXP: FEB 13, 2022
STATE OF OHIO

**#3042 2015 TOOL CO CHECKS**

 

Posting Date 2015 Dec 28 Posting Check Number
1162 Amount $1,260.00

Posting Date  2015 Dec 28 Posting Check Number
1162 Amount  $1,260.00



Posting Date 2015 Dec 29 Posting Check Number
1156 Amount $992.03

Posting Date  2015 Dec 29 Posting Check Number
1156 Amount $992.03

Aug 17 2017

Sworn to and personally appeared before me on this 17th day of
August 2017.

Jonni B Devorsky

Commission expire: Feb. 13, 2022



**#3042 2016 TOOL CO CHECKS**




Posting Date 2016 Jan 11 Posting Check Number 1167 Amount $260.00

Posting Date 2016 Jan 11 Posting Check Number 1167 Amount  $260.00




Posting Date 2016 Jan 25 Posting Check Number 1200 Amount $1,300.00

Posting Date  2016 Jan 25 Posting Check Number 1200 Amount  $1,300.00





Posting Date 2016 Feb 08 Posting Check Number 1206 Amount $992.03

Posting Date  2016 Feb 08 Posting Check Number 1206 Amount  $992.03




Posting Date 2016 Feb 08 Posting Check Number 1205 Amount $200.00

Posting Date  2016 Feb 08 Posting Check Number 1205 Amount  $200.00

Aug 17, 2017

Sworn to and personally appeared before on this 17th day of August 2017

John B Devorsky

Commission expire: Feb. 13, 2022

JOHN B DEVORSKY - NOTARY PUBLIC
COMM. EXP. FEB 13, 2022
STATE OF OHIO

**#3042 2016 TOOL CO CHECKS**





Posting Date 2016 Feb 09 Posting Check Number
1209 Amount $200.00

Posting Date  2016 Feb 09 Posting Check Number
1209 Amount  $200.00





Posting Date 2016 Feb 22 Posting Check Number
1227 Amount $1,500.00

Posting Date  2016 Feb 22 Posting Check Number
1227 Amount  $1,500.00





Posting Date 2016 Feb 29 Posting Check Number
1232 Amount $992.03

Posting Date  2016 Feb 29 Posting Check Number
1232 Amount  $992.03





Posting Date 2016 Mar 07 Posting Check Number
1247 Amount $252.13

Posting Date  2016 Mar 07 Posting Check Number
1247 Amount  $252.13

Aug 17 2017

Sworn to and personally appeared before me on this 17th day of August 2017.

Jonni B Devorsky

Commission expires: Feb. 13. 2022

**#3042 2016 TOOL CO CHECKS**





Posting Date 2016 Mar 17 Posting Check Number
1273 Amount $267.50

Posting Date  2016 Mar 17 Posting Check Number
1273 Amount  $267.50





Posting Date 2016 Mar 21 Posting Check Number
1274 Amount $1,300.00

Posting Date  2016 Mar 21 Posting Check Number
1274 Amount  $1,300.00





Posting Date 2016 Apr 01 Posting Check Number
1282 Amount $992.03

Posting Date  2016 Apr 01 Posting Check Number
1282 Amount  $992.03





Posting Date 2016 Apr 04 Posting Check Number
1288 Amount $300.00

Posting Date  2016 Apr 04 Posting Check Number
1288 Amount  $300.00

Aug 17 2017

Sworn to and personally appeared before me on this 17th day of August 2017.

Jonni B Devorsky

Commission expires: Feb. 13, 2022

JONNI B DEVORSKY · NOTARY PUBLIC
COMM EXP. FEB 13, 2022
STATE OF OHIO

**#3042 2016 TOOL CO CHECKS**



Posting Date 2016 Apr 18 Posting Check Number 1308 Amount $1,300.00

Posting Date  2016 Apr 18 Posting Check Number 1308 Amount  $1,300.00




Posting Date 2016 May 03 Posting Check Number 1332 Amount $992.03

Posting Date  2016 May 03 Posting Check Number 1332 Amount  $992.03




Posting Date 2016 May 16 Posting Check Number 1350 Amount $200.00

Posting Date  2016 May 16 Posting Check Number 1350 Amount  $200.00




Posting Date 2016 May 27 Posting Check Number 1373 Amount $992.03

Posting Date  2016 May 27 Posting Check Number 1373 Amount  $992.03

Aug 17, 2017

Sworn to and personally appeared before me on this 17th day of August 2017. Jonni B Devorsky

commission expires: Feb. 13, 2022

JONNI B DEVORSKY - NOTARY PUBLIC
COMM EXP. FEB 13, 2022
STATE OF OHIO

**#3042 2016 TOOL CO CHECKS**





Posting Date 2016 May 31 Posting Check Number
1378 Amount $1,300.00

Posting Date  2016 May 31 Posting Check Number
1378 Amount  $1,300.00





Posting Date 2016 Jun 06 Posting Check Number
1383 Amount $250.00

Posting Date  2016 Jun 06 Posting Check Number
1383 Amount  $250.00





Posting Date 2016 Jun 21 Posting Check Number
1403 Amount $992.03

Posting Date  2016 Jun 21 Posting Check Number
1403 Amount $992.03





Posting Date 2016 Jun 27 Posting Check Number
1418 Amount $1,300.00

Posting Date  2016 Jun 27 Posting Check Number
1418 Amount  $1,300.00

*Aug 17 2017*

Sworn to and personally appeared before me this 17th day of August 2017.

Jonni B Devorsky

Commission expires: Feb. 13, 2022

**CONTENTS WORKSHEETS**
Claim #
028-FR-DHR0975-P

INSURED
Rohaley and Son Automotive Inc.
C/O Chad Leonard

TRAVELERS

Adjuster
Stephen Brasher

| ITEM NO. | ROOM/OF/RPT* | Brand or Manufacturer | MODEL # | Item Description | Quantity | Purchased Date | REPLACEMENT COST | Use* |
|---|---|---|---|---|---|---|---|---|
| | | | | **SNAP ON** | | | | |
| 1 | | Snap On | 115-5012692-001 | Alignment Rack/Complete EEW845P4 | 1 | 1-4-14 | $42,634.98 | |
| 2 | | Snap On | EEWH326A | Tire Changer/ Tilt Back 2-Speed | 1 | 2-12-14 | $13,580.75 | |
| 3 | | Snap On | EEMS327W | Verus Diagnostic Scanner | 1 | 1-1-2014 | $13,000.00 | |
| 4 | | Snap On | EESP327T12 | Scanner Update Verus | 1 | 5-28-14 | $2,627.00 | |
| 5 | | Snap On | VERUS UPDATE | UPGRADE15.4 Scan | 1 | 12-18-15 | $1,336.00 | |
| 6 | | Snap On | RECODER | Candi Module ReCoder | 1 | 10-1-15 | $5,350.00 | |
| 7 | | Snap On | EESC318W | Used Scanner Solus Pro | 1 | 9-9-15 | $3,895.00 | |
| 8 | | Snap On | | Tool Box | 1 | 9-30-14 | $1,450.00 | |
| 8 | | Snap On | | Tool Box (AR) | 1 | 2-1-15 | $2,700.00 | |
| 10 | | Snap On | KRA2411 | Roll Cab with Adapters | 1 | 4-30-15 | $2,296.00 | |
| 11 | | Snap On | | 53 In wide 6 or w/Bul | 1 | 12-18-15 | $1,070.00 | |
| 12 | | Snap On | KRA4059FPCM | Top Chest 9 Drawers Blue | 1 | 7-20-16 | $1,290.00 | |
| 13 | | Snap On | KRA4830FPCM | End Cabinet 2 Shelves Blue | 1 | 4-20-16 | $855.00 | |
| 14 | | Snap On | KRA2306PCM | Tool Box Snap on Purchased Report | 1 | 12-18-15 | $1,000.00 | |
| 15 | | Snap On | CT8850 | 18v 1/2" Impact Wrench Kit | 1 | 12-18-15 | $759.95 | |
| 16 | | Snap On | CTS761 | 14.4v 1/4"Hex Drive Kit | 1 | 1-6-16 | $381.95 | |
| 17 | | Snap On | CT761 | 14.4v 3/8" Impact Wrench Kit | 1 | 1-6-16 | $426.95 | |
| 18 | | Snap On | CTR725A | 14.4v 1/4" Ratchet | 1 | 1-6-16 | $406.95 | |
| 19 | | Snap On | CT725 | 14.4v 1/4" Impact Wrench | 1 | 11-4-15 | $376.95 | |
| 20 | | Snap On | CT8810A | 18v 3/8" Impact Wrench | 1 | 11-4-15 | $667.95 | |
| 21 | | Snap On | CDR8850H | 18v Hammer Drill | 1 | 11-4-15 | $667.95 | |
| 22 | | Snap On | CRS8850 | 18v Saw | 1 | 11-4-15 | $589.95 | |
| 23 | | Snap On | CTGR8850 | 18v Grinder | 1 | 11-4-15 | $734.95 | |
| 24 | | Snap On | 106IPTMM | 6pc Metric Impact Swivel Set | 1 | 7-13-16 | $276.80 | |
| 25 | | Snap On | TPM63 | Tool Tire Pressure Sensor System | 1 | 1-15-14 | $1,740.00 | |
| 26 | | Snap On | SDDX70AG | 7 pc SD Combo Set | 1 | 3-12-14 | $177.95 | |
| 27 | | Snap On | TDTDM500A | Tap & Die Set | 1 | 2-12-14 | $419.95 | |
| 28 | | Snap On | CTR761B | 14.4v 3/8" Ratchet Kit | 1 | 12-18-15 | $421.95 | |
| 29 | | Snap On | SGLASA204 | 4pc Instinct Long Pick Set | 1 | 2-19-14 | $55.95 | |
| 30 | | Snap On | EESP325UI | Software Update Verus | 1 | 1-15-14 | $1,249.00 | |
| 31 | | Snap On | CKS15FN1030 | Torch MIG Flexible Neck | 1 | 5-21-14 | $550.00 | |
| 32 | | Snap On | PH1050 | Socket Adaptor, Air Hammer 1/2" | 1 | 4-29-15 | $61.50 | |
| 33 | | Snap On | PH1038 | Socket Adaptor, Air Hammer 3/8" | 1 | 4-29-15 | $49.50 | |
| 34 | | Snap On | PH3050 | Super Duty Air Hammer | 1 | 4-29-15 | $424.95 | |
| 35 | | Snap On | VWB400A | 4 pc Carbide Burr w/bag | 1 | 2-12-14 | $166.97 | |
| 36 | | Snap On | 310SIMMYA | Socket set Metric Impact Deep | 1 | 5-28-14 | $266.00 | |
| 37 | | Snap On | 214SIMFMYA | 14pc 3/8Metric Deep Impact | 1 | 5-28-14 | $293.00 | |
| 38 | | Snap On | SHLF80A | 1/2" 80 Tooth Flex Head Ratchet | 1 | 5-28-14 | $229.95 | |
| 39 | | Snap On | BOERMSF712 | 12pc 12 Pt Midget Flex Metric set | 1 | 5-28-14 | $281.00 | |
| 40 | | Snap On | THLF72 | 1/4" Flex Head Ratchet | 1 | 5-28-14 | $119.95 | |
| 41 | | Snap On | 210M6SYA | 19mm Impact Deep Socket | 1 | 10-28-14 | $30.25 | |
| 42 | | Snap On | EX0L10 | 10pc Left -Hand Extractor Set | 1 | 4-30-14 | $82.95 | |
| 43 | | TDL8 | | 8pc Tap Socket Set | 1 | 3-8-14 | $74.25 | |

Sworn to and personally appeared before me on this 17th day of August 2017.
Milli B Dughty

Commission expires: Feb. 13, 2022

1 of 5

**CONTENTS WORKSHEETS**
Claim #
028-FR-DHRO975-P

INSURED
Rohaley and Son Automotive Inc.
C/O Chad Leonard

Stephen Brasher
Adjuster

| ITEM NO. | ROOM/OF/RP? | Brand or Manufacturer | MODEL # | Item Description | Quantity | Purchased Date | REPLACEMENT COST | Use* |
|---|---|---|---|---|---|---|---|---|
| 44 | | Snap On | MC3325 | 3/8" Drive Impact Wrench | 1 | 3-19-14 | $460.95 | |
| 45 | | Snap On | MG725GMGCC | 1/2" Drive HD Air Impact Wrench | 1 | 3-19-14 | $524.95 | |
| 46 | | Snap On | TDL3 | 3pc 1/2" Drive Tap Socket Set | 1 | 3-19-14 | $49.50 | |
| 47 | | Snap On | BK8000 | Video Scope | 1 | 4-2-14 | $1,235.00 | |
| 48 | | Snap On | TPN43U | Software Update | 1 | 4-10-14 | $252.00 | |
| 49 | | Snap On | TPNS3PRG | PK Sensor Add On | 1 | 4-10-14 | $196.00 | |
| 50 | | Snap On | BJP1 | Set Ball Joint/Universal Joint Press | 1 | 4-10-14 | $715.00 | |
| 51 | | Snap On | BJP1OPT | Set Ball Joint Adapters | 1 | 10-15-14 | $296.00 | |
| 52 | | Snap On | BJP7HONDA | Set Ball Joint Adapter Honda/Acura | 1 | 10-29-14 | $100.00 | |
| 53 | | Snap On | EAA0247S20A | Tool Mount/D-Mount | 1 | 10-29-14 | $92.00 | |
| 54 | | Snap On | QD2R100A | 3/8" Fixed-Ratchet Torque Wrench | 1 | 1-14-15 | $350.00 | |
| 55 | | Snap On | QDTR50 | Torque Wrench 1/4" DRIVE | 1 | 2-4-15 | $315.00 | |
| 56 | | Snap On | QDTR200 | Torque Wrench 1/4 DRIVE 40-200 | 1 | 2-4-15 | $315.00 | |
| 57 | | Snap On | SIMM200 | SOCKET IMPACT DEEP 20MM | 1 | 2-4-15 | $31.25 | |
| 58 | | Snap On | SIMM210 | SOCKET IMPACT DEEP 21MM | 1 | 2-4-15 | $33.25 | |
| 59 | | Snap On | SIMFM16 | SOCKET IMPACT DEEP 16MM | 1 | 2-4-15 | $23.25 | |
| 60 | | Snap On | B27B | SLEDGE HAMMER 5lb | 1 | 2-11-15 | $152.00 | |
| 61 | | Snap On | EECS350 | Tester Battery and Electrical | 1 | 2-11-15 | $439.99 | |
| 62 | | Snap On | EAM004 3G71A | Tool Plastic Mount/Demount | 1 | 2-11-15 | $45.00 | |
| 63 | | Snap On | FHL80 | 3/8" Drive Ratchet Handle | 1 | 2-11-15 | $129.95 | |
| 64 | | Snap On | DBT8C129 | Set Drill Bits | 1 | 2-18-15 | $444.00 | |
| 65 | | Snap On | LDT40 | Set Disconnect AC/Fuel Lines | 1 | 3-4-15 | $265.00 | |
| 66 | | Snap On | EAX0068L00C | OBD-II Data Cable | 1 | 3-18-15 | $73.99 | |
| 67 | | Snap On | VVMB400A | 4 pc Carbide Burr w/bag | 1 | 3-18-15 | $166.97 | |
| 68 | | Snap On | ASG103BR | 3pc Instinct Trim Pad Tool | 1 | 3-18-15 | $104.00 | |
| 69 | | Snap On | ECFBAR300G | Rechargeable Shop Light | 1 | 4-8-15 | $106.00 | |
| 70 | | Snap On | SHB824 | 1/2 DRIVE 24" BREAKER BAR | 1 | 4-15-15 | $154.00 | |
| 71 | | Snap On | FKF80 | 3/8 Flex-Head Ratchet | 1 | 6-17-15 | $109.95 | |
| 72 | | Snap On | EAM004 3G71A | Tool Plastic Mount/Demount | 5 | 8-12-15 | $225.00 | |
| 73 | | Snap On | MG325 | 3/8" Drive Impact Wrench | 1 | 8-19-15 | $460.95 | |
| 74 | | Snap On | RTEMP8 | Multi-laser Infrared Thermometer | 1 | 9-9-15 | $181.50 | |
| 75 | | Snap On | TBS300 | Tubing Bender | 1 | 9-16-15 | $77.50 | |
| 76 | | Snap On | TBS200A | Tubing Bender | 1 | 9-16-15 | $57.75 | |
| 77 | | Snap On | TBS200A | Multipurpose Tubing Bender | 1 | 9-8-15 | $77.75 | |
| 78 | | Snap On | 108BTMX | 1/4" Drive Knurled Ext. Set | 1 | 10-7-15 | $121.95 | |
| 79 | | Snap On | EAM0043G71A | Tool Plastic Mount/Demount | 1 | 10-23-15 | $90.00 | |
| 80 | | Snap On | VWA17 | Tool Tie Rod | 1 | 11-5-15 | $50.25 | |
| 81 | | Snap On | VWA16 | Tool Tie Rod Adjusting 1 7/8 | 1 | 11-17-15 | $55.25 | |
| 82 | | Snap On | 96ACF | Needle Nose Pliers | 1 | 4-20-15 | $48.05 | |
| 83 | | Snap On | 97ACF | Needle Nose Pliers 8" | 1 | 4-20-15 | $52.25 | |
| 84 | | Snap On | EAA03S4L12A | Verus Battery | 1 | 5-4-16 | $262.00 | |
| 85 | | Snap On | 609ACP | Duck Bill Pliers 9 1/4 | 1 | 5-4-16 | $67.00 | |
| 86 | | Snap On | 2-J2539A | Verus Power Supply | 1 | 5-4-16 | $63.99 | |
| 87 | | Snap On | 8-D6327 1A | Power Cord Verus | 1 | 5-4-16 | $13.99 | |
| 88 | | Snap On | STMM7 | Socket Metic Deep 7mm | 1 | 5-25-16 | $23.15 | |

TRAVELERS

2 of 5

*[handwritten]* Sworn to and personally appeared before me on this 17th day of August 2019.
My Commission expires: Feb 13, 2022

Insured Signature
Date: Aug 17 2019

JONNI B DEVORSKY - NOTARY PUBLIC
STATE OF OHIO
COMM. EXP. FEB 13, 2022

**CONTENTS WORKSHEETS**
Claim #
028-FR-DHR0975-P

INSURED
Rohaley and Son Automotive Inc.
C/O Chad Leonard

Adjuster
Stephan Brasher

TRAVELERS

Insured Signature

Sworn to and personally appeared before me on this 17th day of August 2017.
Commission expires: Feb 13, 2022

JONNI B DENORA
STATE OF OHIO
NOTARY PUBLIC

Date: Aug 17 2017

| ITEM NO. | ROOM/QFRPT | Brand or Manufacturer | MODEL # | Item Description | Quanity | Purchased Date | REPLACEMENT COST | Use* |
|---|---|---|---|---|---|---|---|---|
| 89 | | Snap On | CTL8850 | 18v Monster Lithium Floodlight | 1 | 6-1-16 | $68.95 | |
| 90 | | Snap On | CTB8185 | 18v Monster Lithium Battery | 1 | 6-1-16 | $174.95 | |
| 91 | | Snap On | 106IPTMM | 6pc 1/4 Drive Impact Swivel Socket | 1 | 6-24-16 | $276.00 | |
| 92 | | Snap On | DBTBC5/16 | 5/16 Drill Bit | 1 | 6-24-16 | $18.50 | |
| 93 | | Snap On | DBTBC9/32 | 9/32 Drill Bit | 1 | 6-24-16 | $14.35 | |
| 94 | | Snap On | 106IPTMM | 6pc 1/4 Drive Impact Swivel Socket | 1 | 7-13-16 | $276.00 | |
| 95 | | Snap On | SVTSRAD2272A | Kit Cooling System Filler | 1 | 6-24-16 | $257.00 | |
| 96 | | Snap On | EAM00439771A | Tool Plastic Mount/Demount | 2 | 7-20-16 | $90.00 | |
| 97 | | Snap On | SIMFM13 | SOCKET IMPACT DEEP 13MM | 1 | 7-27-16 | $19.00 | |
| 98 | | Snap On | SGA177BR | 10.1 90° Radiator Hose Pick | 1 | 7-20-16 | $33.75 | |
| 99 | | Snap On | THLL72 | 1/4 Drive Handle Ratchet | 1 | 2-17-16 | $119.95 | |
| 100 | | Snap On | RTD48 | 48pc Master Rethreading Tap & Die | 1 | 2-17-16 | $142.35 | |
| 101 | | Snap On | RSPC9000A | Pliers Retaining Ring Fixed Tip 8 3/4 | 1 | 2-18-14 | $33.45 | |
| 102 | | Snap On | PW20 | 8 3/16 Plier Wrench | 1 | 5-28-14 | $57.00 | |
| 103 | | Snap On | SRPC9090A | Pliers Retaining Ring Fixed Tip 8 3/4 | 1 | 1-15-14 | $33.45 | |
| 104 | | Snap On | SPBH480 | HD Striking 48" Prybar | 1 | 1-15-14 | $188.00 | |
| 105 | | Snap On | 210IMFSYA | Set Socket Impact Semi-Deep | 1 | 5-28-14 | $188.00 | |
| 106 | | Snap On | 214IMYA | Set Socket Metric Impact Shallow | 1 | 5-28-14 | $163.00 | |
| 107 | | Snap On | 212IMYA | Pwr Steering & Alt Pulley Puller | 1 | 7-23-14 | $103.00 | |
| 108 | | Snap On | CJ122A | Pulley Installer | 1 | 7-23-14 | $119.00 | |
| 108 | | Snap On | CJ122 | 2pc Pwr Steering Pulley Installer Set | 1 | 7-30-14 | $170.00 | |
| 110 | | Snap On | CJ117C | Pwr Steering & Alt Pulley Puller | 1 | 7-30-14 | $114.00 | |
| 111 | | Snap On | CJ117C | Pwr Steering & Alt Pulley Puller | 1 | 7-30-14 | $114.00 | |
| 112 | | Snap On | SGTT110 | Set Terminal Tool 10pc | 1 | 8-6-14 | $122.00 | |
| 113 | | Snap On | YA470C | Manual Bearing Packer | 1 | 8-20-14 | $38.75 | |
| 114 | | Snap On | EAAG355L93A | Adaptor J1962 to DB15M | 1 | 12-17-14 | $34.95 | |
| 115 | | Snap On | TC123C | Tubing Cutter | 1 | 11-13-14 | $32.50 | |
| 116 | | Snap On | EAM00439771A | Tool Plastic Mount/Demount | 1 | 9-10-14 | $45.00 | |
| 116 | | Snap On | SIMM220 | Socket Metric Impact Deep 22mm | 1 | 1-7-15 | $39.25 | |
| 117 | | Snap On | SIMM240 | Socket Metric Impact Deep 24mm | 1 | 1-7-15 | $42.00 | |
| 118 | | Snap On | TPMA12 | Tape Rule 12ft | 1 | 3-4-15 | $24.50 | |
| 119 | | Snap On | TR107A | Tire Valve Tool | 1 | 3-4-15 | $16.95 | |
| 120 | | Snap On | EECR3 | CarScan Code Reader | 1 | 4-21-16 | $259.99 | |
| 121 | | Snap On | YA181 | Holder Tool Magnetic Bar | 2 | 1-6-16 | $77.50 | |
| 122 | | Snap On | SIMFM13 | Socket Impact Deep 13MM | 1 | 1-6-16 | $19.00 | |
| 123 | | Snap On | ECF985C | Flashlight LED 150 | 1 | 1-27-16 | $94.75 | |
| 124 | | Snap On | CHN480 | Pliers Adjustable Joint 20" | 1 | 2-23-16 | $112.00 | |
| 125 | | Snap On | 908ACP | Mini Needle Nose Pliers | 1 | 3-23-16 | $86.60 | |
| 126 | | Snap On | LP404 | Set Locking Pliers 4pc | 1 | 4-15-16 | $98.50 | |
| 127 | | Snap On | 408ACP | Pliers Needle Nose Mini 35° Bent | 1 | 3-23-16 | $77.50 | |
| 128 | | Snap On | 312CF | HD Diagonal Cutter 11" | 1 | 3-23-16 | $23.15 | |
| 129 | | Snap On | STMM10 | Socket Metric Deep 10mm | 1 | 3-23-16 | $88.25 | |
| 130 | | Snap On | 809ACP | Duck Bill Pliers 8 1/4 | 1 | 3-23-16 | $67.00 | |
| 131 | | Snap On | LP7VR | Pliers Locking Curved Jaw w Cutter | 1 | 4-13-16 | $26.00 | |
| 132 | | Snap On | LP10GRV | Pliers Locking Grooved Jaw 10" | 1 | 4-13-16 | $29.25 | |
| 133 | | Snap On | IPTMM13 | Socket Metric Impact Shallow Swivel | 1 | 4-1-16 | $46.00 | |
| 134 | | Snap On | IPTMM15 | Socket Metric Impact Shallow Swivel | 1 | 4-1-16 | $26.00 | |
| 135 | | Snap On | IPTMM8 | Socket Metric Impact Shallow Swivel | 1 | 4-1-16 | $102.65 | |
| 136 | | Snap On | DBTBC7/32 | Drill Bit 7/32 | 1 | 3-23-16 | $14.35 | |

**CONTENTS WORKSHEETS**
Claim #
028-FR-DHR0975-P

INSURED
Rohaley and Son Automotive Inc.
C/O Chad Leonard

TRAVELERS

Stephan Brasher
Adjuster

| ITEM NO. | ROOM/QFR/P* | Brand or Manufacturer | MODEL # | Item Description | Quantity | Purchased Date | REPLACEMENT COST | Use* |
|---|---|---|---|---|---|---|---|---|
| 137 | | Snap On | D8TBC121 | Set Drill Bits | 1 | 3-23-16 | $245.00 | |
| 138 | | Snap On | WA13A | Tool Tie Rod Adjusting 3 3/4 | 1 | 10-7-15 | $109.95 | |
| 139 | | Snap On | WA16 | Tool Tie Rod Trucks 4 7/64 | 1 | 10-7-15 | $52.75 | |
| 140 | | Snap On | WA17 | Tool Tie Rod Adjusting 4 3/4 | 1 | 10-7-15 | $55.25 | |
| 141 | | Snap On | WA12A | Tool Tie Rod Adjusting 3 3/4 | 1 | 10-7-15 | $51.00 | |
| 142 | | Snap On | SIMM190 | Socket Metric Impact Deep 19mm | 1 | 10-21-15 | $30.25 | |
| 143 | | Snap On | IMFMS14 | Socket Metric Semi Deep 14mm | 1 | 10-21-15 | $19.90 | |
| 144 | | Snap On | EAC010L69A1 | Verus Screen Protector | 1 | 2-26-14 | $26.99 | |
| | | MATCO | | | | | | |
| 145 | | Matco | FL111113 | Clip Strip Aqua | 1 | 1-8-14 | $35.00 | |
| 146 | | Matco | DT4 | 3.5 Digital Tire Inflator | 1 | 1-8-14 | $109.95 | |
| 147 | | Matco | OFSHD17 | 17pc End Cap Filter WR | 1 | 1-22-14 | $130.50 | |
| 148 | | Matco | FX89916 | 16mm Gear Wrench | 1 | 1-22-14 | $47.90 | |
| 149 | | Matco | MDBX9 | 9pc Deep Well Bolt Extra | 1 | 1-22-14 | $170.16 | |
| 150 | | Matco | BPHSETS | 5pc Ballpein Hammer Set | 1 | 2-12-14 | $165.24 | |
| 151 | | Matco | JERKY | JERKY | 2 | 2-12-14 | $10.80 | |
| 152 | | Matco | HH5 | Hood Prop | 1 | 2-19-14 | $42.95 | |
| 153 | | Matco | ACFL80303 | Simple Strip LED | 1 | 2-26-14 | $64.90 | |
| 154 | | Matco | MV7201 | Fluid Evacuator Plus 8.8 | 1 | 4-2-14 | $124.90 | |
| 155 | | Matco | SP3931 | 2.5 x 9/16 Magnetic Spar | 1 | 4-9-14 | $14.15 | |
| 156 | | Matco | DP416RB | 3/4 x 1/2 Adapter | 1 | 4-9-14 | $51.25 | |
| 157 | | Matco | SR101 | 4pc Stud Remover Metric | 1 | 4-9-14 | $85.95 | |
| 158 | | Matco | SPC84C | 1/4 x 4 ScrewDriver Green Slot set | 1 | 4-30-14 | $110.25 | |
| 159 | | Matco | SALK304A | 3pc 1/4 in Chr Lock E | 1 | 5-21-14 | $85.95 | |
| 160 | | Matco | WMPN3046 | Alligator Clips F-P-VR | 1 | 6-11-14 | $68.67 | |
| 161 | | Matco | H1301S-16 | Hose F3018 Inflator | 1 | 6-3-14 | $98.07 | |
| 162 | | Matco | DT4 Battery | Battery | 1 | 9-3-14 | $8.10 | |
| 163 | | Matco | SASE0PA | 1/4" Dr Silver Eagle M | 1 | 10-1-14 | $129.95 | |
| 164 | | Matco | MBK8K | Tool Box Blank - Black | 1 | 10-29-14 | $36.95 | |
| 165 | | Matco | AC8S0000 | Airlift (Cooling Sys Al) | 1 | 12-17-14 | $179.99 | |
| 166 | | Matco | NUTCUP | Magnetic Bowl | 1 | 1-7-15 | $43.90 | |
| 167 | | Matco | V1251 | 20' Straight Nozzle Blow | 1 | 2-4-15 | $52.03 | |
| 168 | | Matco | SFF2L | Spill Free Funnel with LI | 1 | 2-4-15 | $46.54 | |
| 169 | | Matco | AQ464 | Auto Grip 2-Ton Puller | 1 | 2-4-15 | $98.71 | |
| 170 | | Matco | V1051 | 4" Full Flow Nozzle BLOWG | 1 | 2-4-15 | $26.46 | |
| 171 | | Matco | SL4R | 4200MAH LI-ION Fuel PK | 1 | 2-18-15 | $43.15 | |
| 172 | | Matco | TPS3510 | Tailpipe Expander Kit | 1 | 3-4-15 | $279.99 | |
| 173 | | Matco | SAXR6LT | E4 - E10 6pc Chrome | 1 | 3-11-15 | $109.43 | |
| 174 | | Matco | JERKY | JERKY | 2 | 6-24-15 | $12.50 | |
| 175 | | Matco | CT110K | Master Compression Tester | 1 | 8-18-15 | $172.90 | |
| 176 | | Matco | PPSK | Power Probe Butane Solder | 1 | 7-1-15 | $65.67 | |
| 177 | | Matco | MDBX9F | Bolt Ext 13 Deepwell Mat | 1 | 9-9-15 | $23.98 | |
| 178 | | Matco | MDBX9G | Bolt Ext 9/16-14mm Deepwell Mat | 1 | 9-9-15 | $23.98 | |
| 179 | | Matco | MAS4 | Mechanics Seat | 1 | 9-16-15 | $103.99 | |

Insured Signature

*Handwritten notary section:* Sworn to and before me personally appeared on this 17th of August 2017.
Luli B Devorsky  Commission expire: Feb. 13, 2022.

Date: Aug 17 2017

JONNI B DEVORSKY
STATE OF OHIO
NOTARY PUBLIC

**CONTENTS WORKSHEETS**
Claim #
028=FR-DHR0975-P

INSURED
Rohaley and Son Automotive Inc.
C/O Chad Leonard

Stephan Brasher
Adjuster
TRAVELERS

| ITEM NO. | ROOM/CR/RPT | Brand or Manufacturer | MODEL # | Item Description | Quantity | Purchased Date | REPLACEMENT COST | Use* |
|---|---|---|---|---|---|---|---|---|
| 180 | | Matco | SEX525 | 25pc Screw Extractor | 1 | 9-30-15 | $99.99 | |
| 181 | | Matco | MBX5 | 5pc 1/2 Drive Bolt Extractor | 1 | 9-30-15 | $181.83 | |
| 182 | | Matco | TLS788 | Torque Limiting AL | 1 | 12-02-15 | $159.50 | |
| 183 | | Matco | H1DT4-04 | Battery F/DT4 | 1 | 1-13-16 | $9.98 | |
| 184 | | Matco | H13018-16B | Black Hose w/o Chuck | 1 | 1-13-16 | $19.49 | |
| 185 | | Matco | TOY110A | Toyota Oil Filter Tool | 1 | 2-24-16 | $28.27 | |
| 186 | | Matco | BM581 | Axis Assist Knife M390 St | 1 | 3-23-16 | $224.10 | |
| 187 | | Matco | ACMD99-650 | Mini Ductor Coil Kit | 1 | 5-11-16 | $159.99 | |
| 188 | | Matco | AC13K12A-134A | Aluminium Gauge Set | 1 | 8-8-16 | $189.50 | |
| 189 | | Matco | 4325RP | 4S Triple Bay 25" Toolbox Black | 1 | 1-14-14 | $7,000.95 | |
| 190 | | AUDI | S4 2.7L | Audi B5 S4 Parts | 1 | 6-15-15 | $1,100.00 | |
| 191 | FTG | | KO4+Billet | Billet KO4 Turbos (L&R) | 2 | 7-15-15 | $1,800.00 | |
| 192 | FTG | | | SS b5s4 Tiptronic Downpipe | 1 | 7-15-15 | $330.00 | |
| 193 | FTG | | | B Pipe | 1 | 7-15-15 | $140.00 | |
| 194 | FTG | | | Mat Housing | 1 | 7-15-15 | $150.00 | |
| 195 | FTG | | | Ecu tuned for tiptronic stage3 | 1 | 7-15-15 | $500.00 | |
| 196 | FTG | | | Diverter valves | 1 | 7-15-15 | $100.00 | |
| 197 | FTG | | | Side Mount Intercoolers | 1 | 7-15-15 | $235.00 | |
| 198 | ECS | | | Injectors with connectors | 2 | 7-15-15 | $220.00 | |
| 199 | ECS | | 07512111D | PMPWNLINE High Flow Fuel Pump | 1 | 8-7-15 | $127.63 | |
| 200 | ECS | | 07819847KT2 | T1D Thermostat | 1 | 8-7-15 | $20.96 | |
| 201 | ECS | | 07819847KT2 | Timing Belt Kit | 1 | 8-7-15 | $181.78 | |
| 202 | ECS | | 8D0121055T | Radiator Hose Lower | 1 | 8-7-15 | $66.84 | |
| 203 | ECS | | 8D0121201AG | Radiator Hose Upper | 1 | 8-7-15 | $133.68 | |
| 204 | ECS | | 07812102EE | Auxiliary Water Pump Hose | 1 | 8-7-15 | $13.96 | |
| 205 | ECS | | 07814575B | Connection Piece | 1 | 8-7-15 | $21.98 | |
| 206 | ECS | | 8D0121109G | Expansion Tank Hose | 1 | 8-7-15 | $39.53 | |
| 207 | ECS | | 07814577BB | Oil Supply Line Right | 1 | 8-7-15 | $155.10 | |
| 208 | ECS | | 07814573BD | Oil Return Line Right | 1 | 8-7-15 | $164.62 | |
| 209 | ECS | | 07814577C | Oil Supply Line Left | 1 | 8-7-15 | $219.44 | |
| 210 | ECS | | 07814573EC | Oil Return Line Left | 1 | 8-7-15 | $209.94 | |
| 211 | ECS | | 6PK1856KT | Accessory Belt Kit | 1 | 8-7-15 | $57.42 | |
| 212 | ECS | | 034-509-0007KT | T1 Density Line | 1 | 8-7-15 | $170.05 | |
| 213 | ECS | | 002686ECSKT | Coil Pack | 1 | 7-9-15 | $408.99 | |
| 214 | ECS | | 349AKT3 | 18" Wheels 349 Wheels (4) | 4 | 7-9-15 | $425.63 | |
| 215 | ECS | | 078812108ZH | Aux Water Pump Hose | 1 | 7-9-15 | $17.29 | |
| 216 | ECS | | 078121096AD | Oil Cooler Hose | 1 | 7-9-15 | $15.19 | |
| 217 | ECS | | ECS10152KTWBC | Wheel Spacers Kit 3mm | 4 | 7-9-15 | $109.54 | |
| 218 | BF Goodrich | | 225/40ZR18 | BFG G Force 225/40ZR18 (4) | 4 | 7-31-15 | $465.72 | |
| 219 | Interstate Battery | | MT48 | MT48-H6/60 Battery | 1 | 7-31-15 | $111.95 | |
| 220 | | GMC | 1GTCS14A6N8516061 | GMC SON Custom Truck 1992 | 1 | | $5,000.00 | |
| 221 | | INGEICO | ICT 250 8814103364(0) | Credit Card/Debit Card Machine | 1 | | $245.95 | |

*(handwritten sworn statement along left margin):* Sworn to and personally appeared before on this 17th day of August 2019.

*(commission seal / notary note):* Commission expire: Feb. 13, 2022

Date 4/17/2017

JINI B DEVORSKY — NOTARY PUBLIC — STATE OF OHIO

Exhibit 9
1 of 2



## Fwd: CANCEL INSURANCE
1 message

**Chad Leonard** <chadleonard12@gmail.com>                                                      Thu, Dec 15, 2016 at 11:20 AM
To: Lawrence Bodnar <lab303@att.net>

Thank you Larry can you confirm that this is the texts from you and I today about my insurance policy.

Chad- Larry any way you could email me details about Albert calling to cancel the policy? Lawyer wants it for some
paperwork. Just a quick summary of the call with rough dates etc........ would help greatly thanks Buddy,
Chad

Larry- 1/3 Albert callef me about a week ago and requested that I cancel the business policy ,effective I I believe he said
said mid October. I told him I couldn't
2/3 cancel the policy any other day except the current date but I needed him to email me a request to cancel.H e never
did.  Alec sent me a cancel request vi
3/3 a text on Monday, I ignored it he's not a principle  on the policy

Chad- Thank you anyway you can email that? It exactly what I need.

Larry- It was an email,  I forwarded it to you

**Please confirm above.**
**Thank you Larry,**
Chad Leonard
[Quoted text hidden]

Aug 17.2017

Sworn to and personally appeared before on this _____ day of August
2017. Jonni B Devorsky

Commission expire: Feb. 13, 2022

Exhibit 9
2 of 2



## Fwd: CANCEL INSURANCE
1 message

**Lawrence A. Bodnar** <lab303@att.net>                          Thu, Dec 15, 2016 at 11:10 AM
To: Chad Leonard <chadleonard12@gmail.com>

——— Forwarded message ———
From: Alec Rohaley <alecrz28@yahoo.com>
Date: Dec 12, 2016 7:29 AM
Subject: CANCEL INSURANCE
To: lab303@att.net
Cc:

PLEASE CANCEL INSURANCE AT 8654 TWINBROOK ROAD. PLEASE CALL ME WHEN U GET
THIS. THANKS. 440-266-7762

Aug. 17. 2017

Sworn to and personally appeared before _____ day of August
2017. Jonni B Devorsky

Commission expires: Feb.13, 2022



**TRAVELERS**

Stephen Sherwood
Unit Manager

P O BOX 3095
Naperville, IL 60566

(630) 961-8820
(855) 829-3975 (fax)
Ssherwo2@travelers.com

March 14, 2018

Chad Leonard
Rohaley and Son Automotive Inc
7481 Brenel Dr
Mentor, OH 44060

RE:   Insured: Rohaley - Son Automotive Inc
      Claim Number: DHR0975
      Policy Number: 680 -0E628194
      Date of Loss: 01/07/2017
      Loss Location: 8654 Twinbrook Rd Mentor OH
      Underwriting Company: Travelers Casualty Insurance Company of America (Travelers)

Dear Mr. Leonard,

This letter is in follow up to your request from January 5, 2018 to review our coverage denial on the above referenced claim again.  The loss was originally reviewed and denied on July 24, 2018. You requested a review of the denial and submitted additional documentation on August 21, 2018. A review of that information resulted in a confirmation of our initial claim denial. In January and February 2018 additional documents were submitted for another review. We have completed our review of this additional documentation and it does not change our coverage decision.  Travelers must maintain its denial of coverage as explained in detail below.

You have questioned the denial of the claim stating that Mr. Rohaley was neither a partner nor employee of Rohaley and Son Automotive after 10/28/2016.  Yet, the court documents that you provided continue to refer to Mr. Rohaley as a "Co-owner" of the business after 10/28/2016. Further, the corporate documents for Rohaley and Son Automotive Inc. state Albert C. Rohaley is an incorporator, director, president, treasurer, responsible party and statutory agent of the business.  However, as explained in detail below, Mr. Rohaley's status in the business is not the only basis for our coverage position.

Our investigation indicates that there is no evidence of direct physical damage to covered property caused by a covered cause of loss.  In addition, the policy conditions were violated by the late reporting of the alleged loss discovered by you on January 7, 2017 but not reported to Travelers until May 24, 2017.  It is also noted that the policy was renewed with Travelers on 12/16/2016 without notifying Travelers that the business had closed on 10/28/2016.

Based on the facts reported, the business closed on 10/28/2016 when Mr. Rohaley moved from the business premises and opened another business at a different location.  You reported that Mr.



Page 3

Rohaley locked you out of the business in 2015 and court documents describe an ongoing legal dispute between you and Mr. Rohaley as co-owners of Rohaley and Sons Automotive Inc. You advised that by court order, you were allowed to enter the building on October 16, 2016 and that is when you last observed the alleged missing business property.

You advised that you discovered missing business property on January 7, 2017 when you gained access to the business premises after the business closed on October 28, 2016. You also advised that there was no sign of a break in or forced entry into the premises. In contrast, Mr. Rohaley, the co-owner of the business who had access to the property at all times advised that no property was stolen.

## POLICY

Travelers issued a policy of insurance to Rohaley and Sons, the named insured, based on representations that it was a corporation doing business as an automotive repair facility. The policy was renewed on 12/16/16. There are several policy limitations and exclusions that preclude coverage for this claim as explained below. As a reference, I have provided the following section of Rohaley and Sons' policy, (MPT1020205), which explains that this loss is not covered:

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

### A. Coverage
We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by our resulting from a Covered Cause of Loss.
### 1. Covered Property
* * *

> b. **Business Personal Property** located in or on the buildings described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises.
> ***

### 4. Covered Causes of Loss
RISK OF DIRECT PHYSICAL LOSS unless the loss is
  a. limited in Paragraph A.5., Limitations; or
  b. Excluded in Paragraph B., Exclusions

### 5. Limitations
* * *

> d. We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss, if the building where loss or damage occurs has been "vacant" for more than 60 consecutive days before that loss or damage occurs:
>
> (1) Vandalism;
> (2) Sprinkler Leakage, unless you have protected the system against freezing;
> (3) Building glass breakage;

Page 3

      (4) Discharge or leakage of water;
      (5) "Theft"; or
      (6) Attempted "theft".

      With respect to Covered Causes of Loss other than those listed in Paragraphs (1) through
      (6) above, we will reduce the amount we would otherwise pay for the loss or damage by
      15%.

\*\*\*

**B. Exclusions**
1. We will not pay for loss or damage caused directly or indirectly by any of the following.
Such loss or damage is excluded regardless of any other cause or event that contributes
concurrently or in any sequence to the loss.

These exclusions apply whether or not the loss event results in widespread damage or affects a
substantial area.

   h. Neglect
      Neglect of an insured to use reasonable means to save and preserve property from further
      damage at and after the time of loss.

\*\*\*

2. We will not pay for loss or damage caused by or resulting from any of the following:
\*\*\*

   h. Dishonest or criminal acts by you, or any of your partners, "members", officers,
   "managers," "employees" (including leased employees), directors, trustees, authorized
   representatives, or anyone else to whom you entrust the property for any purpose:
      (1) Acting alone or in collusion with others or;
      (2) Whether or not occurring during the hours of employment

   i. Voluntary parting with any property by your or anyone to whom you have entrusted the
   property.

   m. Property that is missing, where the only evidence of the loss is a shortage upon taking
   inventory, or other instances where there is no physical evidence to show what happened
   to the property.

   n. Loss of property or that part of any loss, the proof of which as to its existence or
   amount is dependent on:
      (1) Any inventory computation; or
      (2) A profit and loss computation.

\*\*\*

3. We will not pay for loss or damage caused by or resulting from any of the following under
Paragraphs a. through c. But if an excluded cause of loss that is listed in Paragraphs a. and b.
below results in a Covered Cause of Loss, we will pay for the resulting loss or damage caused
by that Covered Cause of Loss.

Page 3

\* \* \*

    **b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

## E. PROPERTY LOSS CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:
\* \* \*

### 3. Duties in the Event of Loss or Damage

    **a.** You must see that the following are done in the event of loss or damage to Covered Property:
    \* \* \*

    (2) Give us prompt notice of the loss or damage. Include a description of the property involved.

    (3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

## F. COMMERCIAL PROPERTY CONDITIONS

### 1. Concealment, Misrepresentation or Fraud

This Coverage Form is void in any case of fraud by you. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

a. This Coverage Form;

b. The Covered Property;

c. Your interest in the Covered Property; or

d. A claim under this Coverage Form.

## DECISION

Travelers is maintaining the denial of coverage for all of the reasons stated in our letter dated July 24, 2017. In addition, the policy does not provide coverage for theft from a building that has been vacant for 60 days. You advised that the loss was discovered on 1/7/2017 after the property had been vacant for more than 60days. As such, the vacancy limitation precludes coverage for the loss.

Any loss caused by neglect of any insured or the acts or decisions of any person including the failure to act or decide is excluded by the policy. Decisions or acts by a co-owner of the named insured may have caused this loss. Please also note that loss of property that can only be shown through inventory is excluded by the policy. As previously advised, dishonest acts by you or any of your partners, members, officers, managers, employees, directors, trustees, or anyone to whom you entrust the property for any purpose are not covered. Voluntary parting with any property by you or anyone else to whom you have entrusted the property is also not covered.

Finally, the policy conditions were not met in this case. You are required to give us prompt notice of the loss as soon as possible. Although you discovered the loss on 1/7/2017, you did not report this loss to Travelers until 5/24/2017 after completing an inventory of the business.

Page 3

Our coverage decision is based on the information and documentation we received during our investigation of this claim. We have reviewed all of the information and documents that you have provided and we have conducted a thorough investigation of the facts surrounding this claim.

Your policy may have other terms, conditions and exclusions that apply to this claim. We do not waive any rights, including our right to deny coverage, for any other valid reason under the policy or at law.

Please review the Legal Action Against Us condition of your policy as it contains important information about the period of time in which you may bring legal action.

We understand that this is not the outcome that you desired but hope you understand how we reached our decision in this case.  If you have any questions, please contact me at (630)961-8820 or ssherwo2@travelers.com

Sincerely,


Stephen Sherwood
Property Unit Manager