UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **ROHALEY AND SON AUTOMOTIVE, INC., a.k.a etc.,** ) ) | **CASE NO. 1:18CV2825** | |
| Plaintiff, ) ) | **JUDGE CHRISTOPHER A. BOYKO** | |
| vs. ) ) | **ORDER OF DISMISSAL** | |
| **TRAVELERS CASUALTY INS. COMPANY OF AMERICA,** ) ) | | |
| Defendant. ) | | |

**CHRISTOPHER A. BOYKO, J.**:

On September 19, 2019, the Court allowed Plaintiff's counsel to withdraw and ordered Plaintiff to obtain new counsel within 30 days. Plaintiff is a corporation and cannot proceed pro se. Plaintiff requested additional time which the Court granted. The Court further ordered Plaintiff to obtain new counsel who shall enter an appearance by December 2, 2019, or the captioned case would be dismissed. (ECF DKT #23).

A review of the docket reflects that, as of today's date, no counsel has entered an appearance on behalf of Plaintiff Rohaley and Son Automotive, Inc. Therefore, the captioned case is dismissed without prejudice for want of prosecution.

**IT IS SO ORDERED.**

**DATE: December 3, 2019**

                                                              s/Christopher A. Boyko
                                                        **CHRISTOPHER A. BOYKO**
                                                        **United States District Judge**